**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **PSI ENERGY, INC.,**<br>and<br>**THE CINCINNATI GAS & ELECTRIC CO.,**<br>Plaintiffs,<br>v.<br>**THE UNITED STATES OF AMERICA,**<br>Defendant. | Case Nos. 96-371C & 96-407C<br>(Judge Block) |

**JOINT FILING**
**PURSUANT TO DECEMBER 19, 2003 ORDER MEMORIALIZING HEARING**

By Order of December 19, 2003, the Court ordered the parties to supplement the record by filing documentation relating to the "origin" of the term "separative work unit" and gave them permission, if they so desire, also to file supplemental briefs. The parties hereby jointly respond to that order.

We attach four documents as exhibits.

The first exhibit is from the Federal Register of December 23, 1966, 31 FR 16479-81, entitled Atomic Energy Commission Uranium Enrichment Services. In the first paragraph, it defines the term "enrichment services," and, at note 1, "separative work"; in paragraph numbered 5, it states that the amount of enrichment services is to be "define[d] ... in terms of units of separative work" as related in a "standard table of enrichment services." We believe this document is the origin of the term separative work

unit. The enrichment criteria set forth in this document were later revised: the second exhibit is 10 CFR Part 762 (1992) which was the final revision of those criteria.

The third exhibit is from the Federal Register of November 29, 1967, 32 FR 16289-91. It first set forth the standard table of enrichment services and the charge per unit of separative work. The fourth exhibit is from the Federal Register of March 9, 1971, 36 FR 4563. It was, we believe, the final published revision of the standard table of enrichment services that went into effect.

The United States Enrichment Corporation's web site includes a page entitled "What is a SWU?" No party objects to the Court's consideration of this web page. It may be accessed at: http://www.usec.com/v2001_02/HTML/Aboutusec_swu.asp

No party desires to file a supplemental brief.

Counsel for the plaintiffs has consented to filing of this document by defendant.

Respectfully submitted,

/s/ James G. Bruen, Jr.

JAMES G. BRUEN, Jr.
Special Litigation Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0493
Fax: (202) 307-0494
E-Mail: james.bruen@usdoj.gov
Attorney for Defendant

ERIC J. MARCOTTE
Winston & Strawn
1400 L St., N.W.
Washington, D.C. 20005
Phone: (202) 371-5700
Fax: (202) 371-5950
E-Mail: emarcotte@winston.com
Attorney for Plaintiffs

January 15, 2004
Filed Electronically

EXHIBIT 1

Case 1:96-cv-00407-LB Document 17-2 Filed 01/15/2004 Page 2 of 4


# ATOMIC ENERGY COMMISSION

## URANIUM ENRICHMENT SERVICES

### Criteria

1. *General.* (a) The U.S. Atomic Energy Commission (AEC) hereby gives notice of the establishment of criteria setting forth the terms and conditions under which it offers, subject to available capability, to provide uranium enrichment services in facilities owned by AEC, as authorized by the Atomic Energy Act of 1954, as amended (the Act). Specifically, these criteria are established pursuant to section 161v of the Act, which was added by Public Law 88–489, the "Private Ownership of Special Nuclear Materials Act." As used in this notice, the term "enrichment services" or "enriching services" means the separative work (Note 1.) necessary to enrich or further enrich uranium in the isotope 235. The enrichment services shall be provided pursuant to contracts to be entered into (1) with persons licensed under section 53, 63, 103, or 104 of the Act, and/or (2) in accordance with agreements for cooperation arranged pursuant to section 123 of the Act.

NOTE 1. The work devoted to separating a quantity of uranium (feed material) into two fractions, one a Product fraction containing a higher concentration of U-235 than the Feed and the other a Tails fraction containing a lower concentration of U-235.

(b) The contracts will provide for the furnishing of depleted, normal or enriched uranium by the customer and the delivery by the AEC of an appropriate quantity of enriched or more highly enriched uranium. The quantity of material to be furnished by the customer in relationship to the quantity of enriched uranium to be delivered by the AEC and the related amount of separative work to be performed by the AEC normally will be determined in accordance with the then-current standard table of enriching services published by the AEC (note 2). In the event, however, that the AEC does not have available capability to undertake to perform requested enriching services on short notice is accordance with such standard table, the AEC may agree to perform such services in accordance with such other table as is within its capability. The general features of standard contracts, including the basis for AEC's charges for enriching services, are set forth herein.

(c) Except as specifically provided, nothing in this notice shall be deemed to affect the sale or leasing of special nuclear material by the AEC or the entering into of "barter" arrangements whereby special nuclear material is distributed pursuant to section 54 of the Act and source material is accepted in part payment therefor. Neither the execution of an agreement for the furnishing of uranium enrichment services nor the termination or expiration of such agreement will in itself alter or affect any rights and obligations of any AEC licensee under its license or construction permit other than those regarding any allocation of special nuclear material in connection therewith (note 3).

NOTE 2. The initial table, as presently contemplated, will not provide to the customer flexibility to select a quantity of feed and an amount of separative work other than those specified in the AEC table. However, the AEC is giving further study to the question of providing, at some date in the future, a form of contract under which flexibility would be available.

NOTE 3. In view of the authority granted to the AEC under the Act to execute long-term fuel supply agreements, the AEC is reviewing its existing regulations and procedures with respect to the need for allocations of special nuclear material in licenses.

(d) The criteria contained in this notice are subject to change by the AEC from time to time; however, any such changes shall be submitted to the Joint Committee on Atomic Energy for its review in accordance with the Act.

2. *Effective date.* This notice is effective upon publication in the FEDERAL REGISTER.

3. *Period of contract.* Contracts with domestic licensees will be for specified periods of time up to 30 years. Contracts entered into in accordance with an international agreement for cooperation must be for a term within the period of such agreement. In either case, contracts may be entered into at any time after the effective date of this notice; however, no such contract shall provide for delivery of special nuclear material by AEC or delivery of uranium feed material to AEC before January 1, 1969.

4. *Enrichment of uranium of foreign origin.* There is no restriction on the provision of enrichment services to persons furnishing as feed material uranium of foreign origin where the enriched product is not intended to be used in a utilization facility (as defined in the Act) within or under the jurisdiction of the United States. Where the enriched material is intended to be used in a domestic utilization facility, however, the standard contracts will prohibit the furnishing of feed material of foreign origin. This prohibition is established, pursuant to section 161v of the Act, in order to assure the maintenance of a viable domestic uranium industry. From time to time, the AEC will review the condition of the domestic mining and milling industry to determine the need for continuing this restriction, modification or removal of which shall constitute a change in these criteria.

5. *General features of standard domestic contracts.* The following types of contracts have been developed in the light of the uncertainties necessarily attendant to contracts which may be for periods as great as 30 years. Accordingly such contracts will provide that, at the request of either the AEC or the customer, the parties will negotiate and, to the extent mutually agreed, amend them, without additional consideration, in a manner consistent with the criteria then established by the Commission in accordance with the requirements of section 161v of the Act to eliminate or reduce restrictive provisions which the parties determine are inequitable, discriminatory or no longer required to protect their interests. The AEC will use two standard types of uranium enrichment contracts to be entered into with domestic licensees. These are entitled (a) "Agreement for Furnishing Uranium Enrichment Services (Domestic Customers—Firm Quantities)," and (b) "Agreement for Furnishing Uranium Enrichment Services (Domestic Customer's Requirements)." The AEC may also offer a uranium enrichment contract combining features of the foregoing types of contract. The type of contract first mentioned, at the customer's option, will either (i) define the specific quantities and assays of enriched uranium to be delivered to the customer, the schedule for such deliveries, and the quantity and assay (or a range of quantities and assays within permitted amounts) of feed material other than natural uranium to be delivered by the customer, with the remainder of the required feed material to be delivered as natural uranium, or (ii) define the amount of enriching services to be performed by the AEC in terms of units of separative work as related to the AEC's standard table of enriching services in effect at the time the parties agree to such amounts and provide for the adjustment of such amounts in the event of a revision of the AEC's standard table of enriching services through the application of such revised standard table to the relevant portion of a reference schedule of feed material deliveries by the customer and enriched uranium deliveries by the AEC incorporated into the contract for this purpose. The second type would provide for the furnishing of part or all of the customer's requirements for enriching services for a designated facility or facilities during the term of the contract.

In addition to the items discussed above, the more significant provisions of the standard domestic contracts are summarized below:

(a) *Delivery schedules.* Deliveries of specific quantities and U–235 assays of feed material to AEC and enriched uranium to the customer shall be in accordance with the agreement between the parties and (except as provided in 1(b) above) in accordance with the published AEC standard table of enriching services in effect at the time of the delivery of enriched uranium by the AEC. The schedule for delivering enriched uranium to the customer shall reflect an interval after receipt of feed material equivalent to the estimated average time which would be required to receive, handle, and process equivalent feed material to the desired enriched uranium. The AEC will not necessarily use the specific feed material furnished by the customer in producing the enriched uranium delivered to the customer. Unless otherwise agreed, deliveries of feed material to AEC shall precede requested deliveries of the enriched uranium by at least ninety (90) days. The AEC may agree to perform enriching services in cases where the leadtime requirements for furnishing feed material are not satisfied; in such cases, an appropriate surcharge may also be imposed to provide for recovery of



HeinOnline --- 31 Federal Register No. 248 page 16479 (1966)

additional AEC costs and interest charges.

(b) *Chemical form and specifications of material.* Both feed material furnished to the AEC and enriched uranium delivered to the customer are required to be in the form of $UF_6$ and conform to the AEC's established specifications as published in the FEDERAL REGISTER and in effect on the date of delivery.

(c) *Charge for enriching services.* (1) The charge for enriching services, in accordance with the Act, will be established on a nondiscriminatory basis and provide reasonable compensation to the Government. Applicable charges for enriching services and related services will be those in effect at the time of delivery of enriched uranium to the customer as (i) published in the FEDERAL REGISTER, or (ii) in the absence of such publication, determined in accordance with the Commission's pricing policy. The charge per unit of separative work for enriching services will be the same as that employed in the Commission's published schedule of charges for sale or lease of enriched uranium. The AEC may impose an appropriate surcharge representing additional costs if any to the AEC for providing enriching services on short notice.

(2) The Act requires that such charges provide reasonable compensation to the Government. AEC's charge for enriching services will be established on a basis that will assure the recovery of appropriate Government costs projected over a reasonable period of time. The cost of separative work includes electric power and all other costs, direct and indirect, of operating the gaseous diffusion plants; appropriate depreciation of said plants; and a factor to cover applicable costs of process development, AEC administration and other Government support functions, and imputed interest on investment in plant and working capital. During the early period of growth of nuclear power, there will be only a small civilian demand on the large AEC diffusion plants. These plants were originally constructed for national security purposes, but will be utilized in meeting future civilian requirements. In this interim period of low plant utilization, the Commission has determined that the costs to be charged to the separative work produced for civilian customers will exclude those portions of the costs attributable to depreciation and interest on plant investment which are properly allocable to plant in standby and to excess capacity.

(3) Projections of supply and demand over a reasonable time period will be used in establishing a plan for diffusion plant operations. This plan will be the basis for establishing an average charge for separative work over the period involved, which charge will be kept as stable as possible as operating plans are periodically updated. Under such operating plans, AEC will at times be preproducing enriched uranium. Interest on the separative work costs of any such preproduced inventories will be factored into the average separative work charges.

(d) *Ceiling on charge for enrichment services.* The contract shall specify for the term of the agreement a guaranteed ceiling charge, subject to upward escalation for the cost of electric power and labor. The ceiling charge as of July 1, 1965, the base date for application of escalation, is $30 per Kg unit of separative work for separation of U-235 from U-238. (In its standard table of enriching services, as well as its schedule of charges for sale or lease of enriched uranium, AEC will take into account any significant effect of the presence of other isotopes of uranium on the number of separative work units required to perform a given U-235, U-238 separation.)

(e) *Customer's option to acquire tails material.* The customer shall be granted an option to acquire tails material (depleted uranium) resulting from the performance of enriching services. The option as to quantity (Kg U) of tails material desired by the customer, within the maximum quantity subject to the option, must be exercised at the time of delivery of the related quantity of feed material. The U-235 assay of the tails material delivered to the customer will be within the sole discretion of the AEC. The maximum quantity of depleted uranium subject to the option will be equal to the difference between the total uranium supplied by the customer as feed material and the total enriched uranium furnished to the customer, less processing losses as established from time to time by the AEC. No charge will be made for tails material delivered to the customer under the agreement other than AEC's withdrawal, handling and packaging charges. Delivery of tails material will normally be at the same time as delivery of enriched uranium.

(f) *Responsibility for material meeting specifications.* The customer warrants that all feed material meets specifications and, with stated exceptions, agrees to hold the AEC and its representatives harmless from all damages, liabilities, or costs arising out of a breach of the warranty where such damages, liabilities, or costs are incurred prior to final acceptance of the feed material by AEC. However, the customer is not deprived of any rights under indemnification agreements entered into pursuant to section 170 of the Act (Price-Anderson indemnification). The AEC's obligation to furnish specification material to the customer terminates upon final acceptance of such material by the customer.

(g) *Termination by AEC.* (1) The contract may be terminated by AEC without cost to AEC upon reasonable notice at such time as commercial enriching services are provided by another domestic source; provided, however, that AEC will upon request by the customer rescind any notice of termination and will continue to furnish the services specified in the contract if the services of the domestic source are not available to the customer: (i) To the extent provided for in the AEC contract during the remainder of its term; (ii) on terms and conditions which are considered by the AEC to be reasonable and nondiscriminatory as between domestic and foreign customers; and (iii) at charges considered by AEC to be reasonable, nondiscriminatory, and no higher than the ceiling charge under the AEC contract, as escalated for the cost of electric power and labor.

(2) The AEC may terminate the contract without cost to the AEC in the event the customer loses its right to possess enriched uranium, defaults on its contractual obligations, or becomes involved in bankruptcy proceedings. In such instances the customer will be required to pay a termination charge determined as if the customer had terminated the contract on the notice, if any, given the customer by the AEC.

(h) *Termination by customer.* The customer may terminate the contract in whole or in part. In such instances the customer will be required to pay a termination charge equal to a specified fraction of the charges for those enriching services which would have been furnished but for such termination. Such fraction of such charge shall be a maximum of 0.25 of such charge for those amounts for which minimum advance notice of termination is given and shall be a lesser figure for amounts terminated for which a longer notice period is given. No termination charges shall apply to amounts of separative work which would have been furnished at times 3½ years or more subsequent to the date of receipt of the notice of termination of such amounts. The amounts of separative work and enriching services charges related thereto (prior to the application of the specified fraction) shall be determined in accordance with the published AEC standard table of enriching services and established charges in effect on the date of the receipt of the notice of termination. The AEC will determine the extent to which, if any, such termination charges exceed the probable costs to the Commission which may arise from such termination and such charges shall be correspondingly reduced. Such determination shall be final. Upon request of the customer prior to its delivery of a notice of termination, the AEC will advise the customer of the approximate amount of termination charges which would be payable.

(i) *Delivery—title.* The f.o.b. delivery point for both feed material furnished to AEC and enriched uranium delivered to the customer is the designated AEC facility. The AEC's enriching facilities are situated at Oak Ridge, Tenn.; Paducah, Ky.; and Portsmouth, Ohio. Title to all material passes upon delivery.

(j) *Changes in charges and specifications.* Any change made after July 1, 1968, in the specification for $UF_6$, the AEC's standard table of enriching services, or any increase in the charge per unit of separative work for enriching services shall require at least 180 days' notice to the customer by publication in the FEDERAL REGISTER.

(k) *Customer's requirements contracts.* In addition, requirements contracts will provide:



HeinOnline --- 31 Federal Register No. 248 page 16480 (1966)

Case 1:96-cv-00407-LB Document 17-2 Filed 01/15/2004 Page 4 of 4


(1) *Quantities and enrichments of material.* The customer will be committed to obtain, and the Commission to provide, part or all of the customer's actual requirements for enriching services for a designated facility or facilities during the term of the agreement. Timely notice of the customer's requirements must be furnished to AEC. Except as provided in 1(b) above the quantities and enrichments of feed material furnished by the customer will be those required, in accordance with the published AEC standard table of enriching services, to obtain the material of higher enrichment desired by the customer. A maximum net amount of enriching services to be provided will be established.

(2) *Utilization of material.* The contract will provide the basis for determining the portion of the customer's requirements for enriching services to be furnished by the AEC by describing the extent to which:

a. enriched uranium furnished by the AEC under the contract will, after being used in or in support of the operation of the designated facilities, be recycled or delivered to the AEC as feed material under the contract;

b. plutonium or U-233 produced in and discharged from the designated facilities will be recycled for use in or in support of the operation of the designated facilities;

c. special nuclear material obtained from sources other than through the contract or the operation of the designated facilities, will be used in or in support of the operation of the designated facilities, including delivery of such material to the AEC as feed material under the contract.

Where the contract does not initially provide for the recycle for use, as in b. above of the plutonium or U-233 produced, the customer, at any time prior to June 30, 1973, or such later date as the AEC may establish for this purpose, may elect, without incurring termination charges, to so use such plutonium or U-233 thereafter. In such cases, the contract will also provide for use of plutonium or U-233, as the case may be, from another source in lieu of such produced material. The customer may further change such utilization of material by agreement or by terminating the contract in whole or in part.

6. *General features of contracts entered into in accordance with an agreement for cooperation.* It is expected that the general features of uranium enrichment services contracts entered into pursuant to agreements for cooperation with foreign nations or groups of nations will be generally consistent with those discussed above.

7. *Correspondence.* Any correspondence involving this notice or request for copies of standard contract forms should be addressed to:

Manager, Oak Ridge Operations Office, U.S. Atomic Energy Commission, Post Office Box E, Oak Ridge, Tenn. 37830.

Dated at Washington, D.C., this 19th day of December 1966.

For the Atomic Energy Commission.

W. B. McCool,
*Secretary.*

[F.R. Doc. 66-13756; Filed, Dec. 22, 1966; 8:45 a.m.]

# CIVIL AERONAUTICS BOARD

[Docket No. 17613]

## ALOHA/HAWAIIAN CERTIFICATE AMENDMENT PROCEEDING

### Notice of Hearing

Notice is hereby given, pursuant to provisions of the Federal Aviation Act of 1958, as amended, that hearing in the above-entitled proceeding is assigned to be held on January 19, 1967, at 9 a.m. (local time) in the Transportation Conference Room, Department of Transportation Building, 869 Punchbowl Street, Honolulu, Hawaii, before the undersigned Examiner.

Dated at Washington, D.C., December 19, 1966.

[SEAL] Thomas L. Wrenn,
*Associate Chief Examiner.*

[F.R. Doc. 66-13795; Filed, Dec. 22, 1966; 8:48 a.m.]

[Docket No. 17615]

## HILO-MAINLAND TEMPORARY SERVICE INVESTIGATION

### Notice of Hearing

Notice is hereby given, pursuant to provisions of the Federal Aviation Act of 1958, as amended, that hearing in the above-entitled proceeding is assigned to be held on January 25, 1967, at 10 a.m. (local time) in the Hilo Electric Auditorium, 1200 Kilauea Avenue, Hilo, Hawaii, before the undersigned Examiner.

Dated at Washington, D.C., December 19, 1966.

[SEAL] Thomas L. Wrenn,
*Associate Chief Examiner.*

[F.R. Doc. 66-13796; Filed, Dec. 22, 1966; 8:48 a.m.]

# DEPARTMENT OF COMMERCE

## Bureau of International Commerce

## COPPER AND RELATED PRODUCTS

### Export Licensing Quotas

Notice is hereby given that the current export licensing quotas for copper and related products will be continued without change for the first half of 1967.

The quotas are as follows:

Ores, concentrates, matte and blister copper—closed quota (embargo).
Refined copper, produced from domestic-origin material—25,000 copper content short tons.
Copper scrap—16,500 copper content short tons.
Copper base alloy ingots—1,000 copper content short tons.
Semifabricated copper products and master alloys of copper—9,000 copper content short tons.
Other copper products—open end quota (no quantitative restrictions).

Historical country quotas for copper scrap have been found to be no longer necessary and are eliminated.

Historical exporters must file license applications with the Office of Export Control not later than May 29, 1967. Nonhistorical exporters must file by January 31, 1967. Applications for licenses to export semifabricated copper products and master alloys of copper are not subject to time schedules and may be submitted at any time.

Rauer H. Meyer,
*Director, Office of Export Control.*

[F.R. Doc. 66-13782; Filed, Dec. 22, 1966; 8:47 a.m.]

# DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

## Food and Drug Administration

## STAUFFER CHEMICAL CO.

### Notice of Establishment of Temporary Tolerance

Notice is given that at the request of the Stauffer Chemical Co., 1200 South 47th Street, Richmond, Calif. 94804, a temporary tolerance of 0.1 part per million is established for residues of the insecticide *N*-(mercaptomethyl) phthalimide *S*-(*O,O*-dimethyl phosphorodithioate) and its oxygen analog in the meat and fat of meat of beef cattle. The Commissioner of Food and Drugs has determined that this temporary tolerance will protect the public health.

A condition under which this temporary tolerance is established is that the insecticide will be used in accord with the temporary permit issued by the U.S. Department of Agriculture.

This temporary tolerance expires December 15, 1967.

This action is taken pursuant to the authority vested in the Secretary of Health, Education, and Welfare by the Federal Food, Drug, and Cosmetic Act (sec. 408(j), 68 Stat. 516; 21 U.S.C. 346a (j)) and delegated by him to the Commissioner (21 CFR 2.120; 31 F.R. 3008).

Dated: December 15, 1966.

James L. Goddard,
*Commissioner of Food and Drugs.*

[F.R. Doc. 66-13790; Filed, Dec. 22, 1966; 8:48 a.m.]

## GEIGY CHEMICAL CORP.

### Notice of Filing of Petition for Food Additives

Pursuant to the provisions of the Federal Food, Drug, and Cosmetic Act (sec. 409(b)(5), 72 Stat. 1786; 21 U.S.C. 348 (b)(5)), notice is given that a petition (FAP 7B2130) has been filed by Geigy Industrial Chemicals, Division of Geigy



HeinOnline --- 31 Federal Register No. 248 page 16481 (1966)

EXHIBIT 2

gress and the General Accounting Office.

## PART 762—URANIUM ENRICHMENT SERVICES CRITERIA

Sec.
762.1 General.
762.2 Definitions.
762.3 Enrichment of uranium of foreign origin.
762.4 Prices.
762.5 Costs.
762.6 Recovery of prior unrecouped Government costs.
762.7 Non-discrimination.
762.8 Amendment of contract.
762.9 Termination by DOE.
762.10 Termination by customer.
762.11 Quantities and form of feed and product material.
762.12 Customer's option to acquire tails material.
762.13 Responsibility for material meeting specifications.
762.14 Other terms.
762.15 Prior contracts.

AUTHORITY: Sec. 161(v) of the Atomic Energy Act of 1954, 68 Stat. 921 (42 U.S.C. 2201(v)).

SOURCE: 51 FR 27144, July 29, 1986, unless otherwise noted.

### § 762.1 General.

(a) *Authority.* These criteria set forth the general terms and conditions applicable to the provision to civilian customers of uranium enrichment services in facilities owned by DOE, as authorized by the Atomic Energy Act of 1954, as amended (the Act). Specifically, these criteria are established pursuant to section 161(v) of the Act, which was added by Pub. L. 88-489, the "Private Ownership of Special Nuclear Materials Act."

(b) *Eligible customers.* DOE may enter into contracts for providing enrichment services with licensees and cooperative agreement customers. Enrichment services can be offered to cooperative agreement customers only while comparable services are available to licensees and cannot be offered for prices less than the prices for services to licensees.

(c) *Capacity limitations.* DOE will not enter into contracts in excess of the available capabilities of DOE. Available capability consists of inventories of material available or committed to DOE and the physical capability of existing and authorized enrichment plants, fully powered and operated without limitation as to mode of operation, but as reduced by potential commitments involving forecasts of Government needs.

(d) *Sale limitations.* Except as specifically provided, nothing in this notice shall be deemed to affect the sale or leasing of special nuclear material by DOE or the entering into "barter" arrangements whereby special nuclear material is distributed pursuant to section 54 of the Act and source material is accepted in part payment therefor.

(e) *Committed services.* Contracts for the provision of enrichment services shall specify the extent to which a customer is committed to take services from DOE and the charge, if any, for not taking committed services.

(f) *Duration.* Contracts for the provision of enrichment services shall be long-term, except that DOE may offer short-term contracts if, in its view, such contracts would promote the objectives of the AEA.

(g) *Revision of criteria.* The criteria contained in this notice are subject to change by DOE from time to time; however, any such changes shall be developed in conformance with applicable administrative guidelines and shall be submitted to the Committees of the Senate and House of Representatives which under the rules of the Senate and House have jurisdiction for review in accordance with the Act.

### § 762.2 Definitions.

(a) *Enrichment services* means the separative work necessary to enrich or further enrich uranium in the isotope U-235.

(b) *Cooperative agreement customer* means a person receiving enrichment services pursuant to an agreement for cooperation arranged pursuant to section 123 of the AEA.

(c) *Licensee* means a person licensed under sections 53, 63, 103 or 104 of the AEA.

(d) *Separative work* means the measure of the effort required to separate a





quantity of uranium feed material int (1) an enriched fraction containing higher concentration of U-235 tha the feed material and (2) a tails frac tion containing a lower concentration of U-235.

### § 762.3 Enrichment of uranium of foreig origin.

DOE may not restrict the enrich ment of uranium of foreign origin fo domestic use except to the extent determines such a restriction is neces sary to assure the maintenance of viable domestic uranium industry.

### § 762.4 Prices.

DOE may negotiate prices in individ ual enrichment services contracts i accordance with an overall approach intended to maintain the long-term competitive position of DOE while ob taining the recovery of the Govern ment's costs over a reasonable perio of time.

### § 762.5 Costs.

DOE will establish charges for en richment services on a basis that re covers appropriate Government cost over a reasonable period of time. Such costs will be determined on a basi that includes the costs incurred in pro viding enrichment services as follows:

(a) Electric power and all othe costs, direct and indirect, of operatin the enrichment plants;

(b) Depreciation of enrichmen plants;

(c) Costs of process development;

(d) Cost of DOE administration an other Government functions in sup port of the Enrichment Program; an

(e) Imputed interest on investmen in plant, working capital, the natura uranium contained in those invento ries at the DOE enrichment plant needed to provide enrichment service and the separative work costs of pre produced inventories.

### § 762.6 Recovery of prior unrecouped Go ernment costs.

In establishing prices for providin enrichment services for civilian cu tomers, DOE will establish reserve sufficient to return to the Treasury o the United States, over a reasonab period of time, previously unrecoupe

quantity of uranium feed material into (1) an enriched fraction containing a higher concentration of U-235 than the feed material and (2) a tails fraction containing a lower concentration of U-235.

### § 762.3 Enrichment of uranium of foreign origin.

DOE may not restrict the enrichment of uranium of foreign origin for domestic use except to the extent it determines such a restriction is necessary to assure the maintenance of a viable domestic uranium industry.

### § 762.4 Prices.

DOE may negotiate prices in individual enrichment services contracts in accordance with an overall approach intended to maintain the long-term competitive position of DOE while obtaining the recovery of the Government's costs over a reasonable period of time.

### § 762.5 Costs.

DOE will establish charges for enrichment services on a basis that recovers appropriate Government costs over a reasonable period of time. Such costs will be determined on a basis that includes the costs incurred in providing enrichment services as follows:

(a) Electric power and all other costs, direct and indirect, of operating the enrichment plants;

(b) Depreciation of enrichment plants;

(c) Costs of process development;

(d) Cost of DOE administration and other Government functions in support of the Enrichment Program; and

(e) Imputed interest on investment in plant, working capital, the natural uranium contained in those inventories at the DOE enrichment plants needed to provide enrichment services, and the separative work costs of preproduced inventories.

### § 762.6 Recovery of prior unrecouped Government costs.

In establishing prices for providing enrichment services for civilian customers, DOE will establish reserves sufficient to return to the Treasury of the United States, over a reasonable period of time, previously unrecouped and unrecovered costs associated with provision of enrichment services to civilian customers. The estimate of such costs will include costs attributable to plant capacity used to provide enrichment services for civilian customers, but will not necessarily include costs attributable to plant capacity or other investments not properly allocable to the Government's costs associated with providing enrichment services to civilian customers. DOE shall determine the amount to be returned to the U.S. Treasury each year. In determining this amount, DOE shall consider all relevant factors, including the following:

(a) Long-term financial integrity of the enrichment program;

(b) Reliability of service at competitive prices;

(c) Market share;

(d) Impact upon existing enrichment facilities and other program expenditures;

(e) Impact upon research and development; and

(f) Need to reduce the deficit.

### § 762.7 Non-discrimination.

The same prices, as well as other terms and conditions, shall be available to all similarly-situated customers on a non-discriminatory basis, reflecting DOE's judgment of cost differentials associated with supplying enrichment services to different customers.

### § 762.8 Amendment of contract.

At the request of either DOE or the customer, the parties will negotiate and, to the extent mutually agreed, amend the contract without additional consideration. A contract may provide for renegotiation of prices, as well as other terms and conditions, at specified times or upon request by either party.

### § 762.9 Termination by DOE.

(a) The contract may be terminated by DOE without cost to DOE upon reasonable notice at such time as commercial enrichment services are provided by another domestic source: *Provided, however,* that DOE will upon request by the customer rescind any notice of termination and will contin-

ue to furnish the services specified in the contract if the services of the domestic source are not available to the customer; (1) To the extent provided for in the DOE contract during the remainder of its terms; and (2) on terms and conditions, including charges, which are considered by the DOE to be reasonable and nondiscriminatory.

(b) DOE may terminate the contract without cost to DOE in the event the customer loses its right to possess enriched uranium, or defaults on its contractual obligations, or becomes involved in bankruptcy proceedings where such involvement interferes with the customer's ability to perform its obligations. In such instances, the customer will be required to pay a termination charge determined as if the customer had terminated the contract.

**§ 762.10 Termination by customer.**

The contract shall provide the circumstances under which the customer may terminate the contract in whole or in part. Reasonable and appropriate charges for termination as are negotiated shall be specified in the contract.

**§ 762.11 Quantities and form of feed and product material.**

The form of feed and product material shall be UF-6, except where DOE and the customer agree to another form. The quantity of material to be furnished by the customer in relationship to the quantity of enriched uranium to be delivered by DOE and the related amount of separative work to be performed by DOE normally will be determined in accordance with the then current standard table of enrichment services published by DOE. DOE may agree to perform such services in accordance with such other table as is within its capability. DOE will not necessarily use the specific feed material or quantity of material furnished by the customer in producing the enriched uranium delivered to the customer.

**§ 762.12 Customer's option to acquire tails material.**

The customer shall be granted an option to acquire tails material (depleted uranium) resulting from the performance of enrichment services. The option as to quantity (kg U) of tails material desired by the customer, within the maximum quantity subject to the option, must be exercised at the time of delivery of the related quantity of feed material. The U-235 assay of the tails material delivered to the customer will be within the sole discretion of DOE. The maximum quantity of depleted uranium subject to the option will be equal to the difference between the total uranium supplied by the customer as feed material and the total enriched uranium furnished to the customer, less processing losses as established from time to time by DOE. Delivery of tails material will normally be at the same time as delivery of enriched uranium.

**§ 762.13 Responsibility for material meeting specifications.**

The customer warrants that all feed material meets specifications and, with stated exceptions, agrees to hold DOE and its representatives harmless from all damages, liabilities, or costs arising out of a breach of the warranty where such damages, liabilities, or costs are incurred prior to final acceptance of the feed material by DOE. However, the customer is not deprived of any rights under indemnification agreements entered into pursuant to section 170 of the Act (Price-Anderson indemnification). DOE's obligation to furnish specification material to the customer terminates upon final acceptance of such material by the customer.

**§ 762.14 Other terms.**

A contract may contain terms and conditions not specified in these criteria, so long as the terms and conditions are not inconsistent with these criteria.

**§ 762.15 Prior contracts.**

All contracts under which DOE was providing enrichment services prior to the adoption of these criteria are valid. These prior contracts may be amended to conform to these criteria without penalty, if both parties agree.





## PART 763—URANIUM ENRICH LATE PAYMENT CHARGE

AUTHORITY: Sec. 161(v) of the Energy Act, as amended, 68 Stat. U.S.C. 2201(v).

**§ 763.1 Uranium enrichment late charges.**

The late payment charge fo um enrichment customers will current Treasury Funds rate percent pro rata on a daily ba additional 6 percent charge wi into effect until five busine after payment is due. Howeve payment is due between Septe and September 30, the addi percent charge will go into ef first day the payment is late.

[52 FR 28538, July 31, 1987]

## PART 780—PATENT COMPE BOARD REGULATION

Subpart A—General Provisi

Sec.
780.1 Scope.
780.2 Definitions.
780.3 Jurisdiction of the Patent C tion Board.
780.4 Filing and service of docum
780.5 Applications—General form and filing.
780.6 Department participation.
780.7 Designation of interested parties.
780.8 Security.
780.9 Rules of procedure before
780.10 Decision of the Board.
780.11 Records of the Board.

Subpart B—Declaring Patents Af the Public Interest Under Se the Atomic Energy Act of 1954

780.20 Initiation of proceeding
780.21 Notice.
780.22 Opposition, support and hearing.
780.23 Hearing and decision.
780.24 Criteria for declaring fected with the public interest

Subpart C—Application for a Lice to Section 153b(2) of the At Act of 1954

780.30 Filing of application.
780.31 Contents of application.

EXHIBIT 3

Case 1:96-cv-00407-LB Document 17-4 Filed 01/15/2004 Page 2 of 4



# ATOMIC ENERGY COMMISSION

## PLUTONIUM AND URANIUM ENRICHED IN $U^{233}$

### Use Charges

1. The U.S. Atomic Energy Commission hereby gives notice of an increase in its use charge for plutonium and uranium enriched in $U^{233}$.

2. This notice amends a notice entitled "Plutonium and Uranium Enriched in $U^{233}$" published in the FEDERAL REGISTER on May 29, 1963 (28 F.R. 5314) by deleting paragraph 4 of said notice and substituting in lieu thereof the following:

4. *Use charges.* The use charge rate for plutonium and uranium enriched in $U^{233}$, when leased by the AEC, is five and one-half percent (5½%) per annum of the base charge.

3. *Effective date.* This notice is effective January 1, 1968.

Dated at Germantown, Md., this 22d day of November 1967.

For the Atomic Energy Commission.

F. T. HOBBS,
*Assistant Secretary.*

[F.R. Doc. 67-13888; Filed, Nov. 28, 1967; 8:45 a.m.]

---

## URANIUM HEXAFLUORIDE

### Base Charges, Use Charges, Special Charges, Table of Enriching Services, Specifications, and Packaging

The U.S. Atomic Energy Commission (AEC) hereby announces the establishment of its standard table of enriching services, its charge per kilogram unit of separative work, its standard processing loss pursuant to the established Uranium Enrichment Services Criteria set forth in the FEDERAL REGISTER, 31 F.R. 16479, December 23, 1966, and revisions in (1) its schedule of base charges for normal uranium and uranium enriched or depleted in the isotope $U^{235}$, (2) its use charge for uranium and other materials leased by the AEC, (3) its charges for withdrawal and packaging of $UF_6$, (4) its limits on loading of containers, and (5) its assay variation limits.

This notice is intended to consolidate, revise and supersede earlier notices concerning base charges, use charge, special charges, specification and packaging of normal uranium or uranium depleted or enriched in the isotope $U^{235}$. Accordingly, all previous information or schedules published by the AEC concerning the subject matter of this notice, including the following notices previously published by the Commission in the FEDERAL REGISTER are hereby superseded: 23 F.R. 4813, June 28, 1958; 25 F.R. 2817, April 2, 1960; 26 F.R. 1643, February 24, 1961; 26 F.R. 4765, May 30, 1961; 27 F.R. 5006, May 29, 1962; 27 F.R. 5155, June 1, 1962; 29 F.R. 5098, April 14, 1964; 30 F.R. 14821, November 30, 1965; 30 F.R. 14938, December 2, 1965; 31 F.R. 5385, April 5, 1966; and 31 F.R. 16584, December 28, 1966.

1. *General.* This notice sets forth AEC charges, specifications, container characteristics, container loadings, and other information with respect to:

(a) The special nuclear material, uranium enriched in the isotope $U^{235}$ (enriched uranium), and

(b) The source materials, uranium having 0.00711 weight fraction $U^{235}$ (normal uranium), and uranium depleted in the isotope $U^{235}$ (depleted uranium),

in the standard form of uranium hexafluoride ($UF_6$).

The data contained in this notice pertain to domestic arrangements and, to the extent appropriate, to foreign arrangements, for the furnishing of toll enriching services, the lease or sale of enriched $UF_6$, for sale of depleted $UF_6$, and the lease of other materials entered into by AEC pursuant to the Atomic Energy Act of 1954, as amended. Nothing in this notice shall be deemed to modify or affect any regulation of the AEC, or to relieve any AEC licensee from his obligations to comply with such regulations, including those contained in 10 CFR Parts 70 and 71. Although the charges and other data published in this notice are subject to adjustment, the AEC intends to maintain them as stable as possible.

2. *Effective date.* All data contained in this notice shall become effective as of January 1, 1968.

3. *Schedule of base charges, standard table of enriching services, charge per kilogram unit of separative work and standard processing loss.* The base charges for uranium, enriched or depleted in the isotope $U^{235}$, in the form of $UF_6$ are those given in Table I of this notice. The AEC's Standard Table of Enriching Services is also set forth in Table I of this notice. The charge per kilogram unit of separative work is $26. The standard processing loss factor to be applied to toll enrichers acquisition of tails material is 0.05 percent.

4. *Use charge for material.* The use-charge rate for special nuclear material and other materials leased by AEC is five and one-half percent (5½%) per annum of the base charge or value of the material established by the Commission.

5. *Specification for $UF_6$ furnished by AEC.* Enriched or depleted uranium furnished as $UF_6$ shall consist of at least 99.5 percent by weight $UF_6$. The impurities making up the remainder may consist of fluorocarbons, hydrogen fluoride, and certain cations. The material shall contain a maximum of 0.01 mol percent of hydrocarbons, partially substituted halo-hydrocarbons or chlorocarbons.

The assay variability limits established for enriched and depleted uranium in the form of $UF_6$ to be furnished by AEC are set forth in Table 2.

6. *Specifications for $UF_6$ delivered to AEC.* Specifications for $UF_6$ delivered to AEC, whether the material contains normal uranium or uranium depleted or enriched in the isotope $U^{235}$, are set forth in Table 3.

7. *Packaging.* The characteristics of AEC-furnished containers are summarized in Table 4. A further description of of the containers and their valves as well as information on handling procedures of $UF_6$, may be found in report ORO-651 (Revision 1), "Uranium Hexafluoride Handling Procedures and Container Criteria", available for a charge from Clearinghouse for Federal, Scientific and Technical Information, National Bureau of Standards, U.S. Department of Commerce, Springfield, Va. 22151. Engineering drawings of the AEC-owned containers may also be obtained for a charge.

The minimum-loading data set forth in Table 4 are the established minimum loadings of enriched uranium as $UF_6$ furnished to or by the AEC, whether in AEC or non-AEC-owned containers of the types described therein.

The AEC limits the loading of the containers listed in Table 5 to a value less than their volumetric capacity and also sets forth loading limits according to current AEC practice for various assay ranges. These apply to shipments both to and from the AEC. When ordering $UF_6$, the requester may specify delivery in any combination of customer furnished containers consonant with Table 5 and the compositing of analytical samples from any number of containers up to the limit in Table 6. To the extent that required containers are not reasonably available from commercial sources and AEC agrees to furnish containers, the requestor may, subject to approval of the AEC, specify the combination of containers he wishes to be used and will be charged an amount corresponding to the combination. In the event the requestor does not specify any particular combination, the AEC will package the $UF_6$ in any combination of containers which it sees fit to use and will charge the requestor an amount corresponding to the combination leading to minimum cost.

8. *Withdrawal and packaging charges.* Charges for withdrawal of $UF_6$ from the AEC gaseous diffusion plants and packaging in suitable containers are dependent upon the container size, assay variation limit, and the number of containers composited into an analytical lot, as set forth in Table 6. These handling charges are independent of the charge for toll enriching services furnished by the AEC or the base charges for $UF_6$ supplied by the AEC and are not refunded upon return of material.

9. *Container rental charges.* The rental charge, where applicable, for AEC-owned $UF_6$ containers is $5 for each 48F container, $4 for each 48A container, and $2.50 for each other container for each week or fraction thereof, said charges to commence on the first day after delivery to the recipient, f.o.b. AEC gaseous diffusion plant. The purchaser must provide any outer protective package required for the containers.

10. *Charges for special services.* When the AEC is requested and agrees to perform a service not covered in the charges given in this notice, such as certifying properties of $UF_6$ other than those given in section 5 of this notice, in which case



HeinOnline --- 32 Federal Register No. 230 page 16289 (1967)

any or all of the properties listed in Table 3 may be certified, special charges may apply. Inquiries as to such charges should be directed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Oak Ridge, Tenn. 37830.

11. *Correspondence.* Any correspondence involving this notice should be addressed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Post Office Box E, Oak Ridge, Tenn. 37830.

Dated at Germantown, Md., this 22d day of November 1967.

For the Atomic Energy Commission.

F. T. HOBBS,
*Assistant Secretary.*

TABLE 1—SCHEDULE OF BASE CHARGES AND STANDARD TABLE OF ENRICHING SERVICES

| Assay (wt. % $U^{235}$) | Schedule of base charges ($/kg U as $UF_6$) | Standard table of enriching services | |
|---|---|---|---|
| | | Feed component (normal) (kgs U feed/kg U product) | Separative work component (kg SWU/kg U product) |
| 0.20 | 3.00 | 0 | 0 |
| 0.25 | 3.00 | 0.098 | −0.100 |
| 0.30 | 3.00 | 0.196 | −0.158 |
| 0.35 | 3.00 | 0.294 | −0.189 |
| 0.38 | 3.14 | 0.352 | −0.197 |
| 0.40 | 4.02 | 0.391 | −0.198 |
| 0.42 | 4.99 | 0.431 | −0.197 |
| 0.44 | 5.99 | 0.470 | −0.194 |
| 0.46 | 7.03 | 0.509 | −0.189 |
| 0.48 | 8.13 | 0.548 | −0.182 |
| 0.50 | 9.27 | 0.587 | −0.173 |
| 0.52 | 10.45 | 0.626 | −0.163 |
| 0.54 | 11.67 | 0.665 | −0.151 |
| 0.56 | 12.98 | 0.705 | −0.137 |
| 0.58 | 14.25 | 0.744 | −0.123 |
| 0.60 | 15.59 | 0.783 | −0.107 |
| 0.65 | 19.06 | 0.881 | −0.062 |
| 0.70 | 22.63 | 0.978 | −0.012 |
| [1] 0.711 | 23.46 | 1.000 | 0.000 |
| 0.75 | 26.38 | 1.076 | 0.044 |
| 0.80 | 30.24 | 1.174 | 0.104 |
| 0.85 | 34.21 | 1.272 | 0.168 |
| 0.90 | 38.28 | 1.370 | 0.236 |
| 0.95 | 42.42 | 1.468 | 0.307 |
| 1.00 | 46.62 | 1.566 | 0.380 |
| 1.10 | 55.22 | 1.761 | 0.535 |
| 1.20 | 64.06 | 1.957 | 0.698 |
| 1.30 | 73.08 | 2.153 | 0.868 |
| 1.40 | 82.25 | 2.348 | 1.045 |
| 1.50 | 91.58 | 2.544 | 1.227 |
| 1.60 | 101.02 | 2.740 | 1.413 |
| 1.70 | 110.54 | 2.935 | 1.603 |
| 1.80 | 120.17 | 3.131 | 1.797 |
| 1.90 | 129.89 | 3.327 | 1.994 |
| 2.00 | 139.69 | 3.523 | 2.194 |
| 2.20 | 159.47 | 3.914 | 2.602 |
| 2.40 | 179.47 | 4.305 | 3.018 |
| 2.60 | 199.66 | 4.697 | 3.441 |
| 2.80 | 220.01 | 5.088 | 3.871 |
| 3.00 | 240.50 | 5.479 | 4.306 |
| 3.20 | 261.13 | 5.871 | 4.746 |
| 3.40 | 281.88 | 6.262 | 5.191 |
| 3.60 | 302.69 | 6.654 | 5.638 |
| 3.80 | 323.62 | 7.045 | 6.090 |
| 4.00 | 344.59 | 7.436 | 6.544 |
| 4.50 | 397.36 | 8.415 | 7.690 |
| 5.00 | 450.49 | 9.393 | 8.851 |
| 5.50 | 503.90 | 10.372 | 10.022 |
| 6.00 | 557.55 | 11.350 | 11.203 |
| 7.00 | 665.44 | 13.307 | 13.587 |
| 8.00 | 773.96 | 15.264 | 15.995 |
| 9.00 | 882.97 | 17.221 | 18.422 |
| 10.00 | 992.36 | 19.178 | 20.863 |
| 12.00 | 1,212.07 | 23.092 | 25.782 |
| 14.00 | 1,432.72 | 27.006 | 30.737 |
| 16.00 | 1,654.07 | 30.920 | 35.719 |
| 18.00 | 1,876.03 | 34.834 | 40.724 |
| 20.00 | 2,098.45 | 38.748 | 45.747 |
| 25.00 | 2,656.15 | 48.532 | 58.369 |
| 30.00 | 3,215.78 | 58.317 | 71.064 |
| 35.00 | 3,776.89 | 68.102 | 83.816 |
| 40.00 | 4,339.25 | 77.887 | 96.616 |
| 50.00 | 5,467.26 | 97.456 | 122.344 |
| 60.00 | 6,599.52 | 117.025 | 148.235 |
| 70.00 | 7,736.37 | 136.595 | 174.302 |
| 80.00 | 8,879.34 | 156.164 | 200.605 |
| 85.00 | 9,454.35 | 165.949 | 213.892 |
| 90.00 | 10,033.59 | 175.734 | 227.341 |
| 92.00 | 10,267.24 | 179.648 | 232.796 |
| 93.00 | 10,384.75 | 181.605 | 235.550 |
| 94.00 | 10,502.89 | 183.562 | 238.328 |
| 96.00 | 10,764.08 | 187.476 | 244.842 |
| 98.00 | 11,509.52 | 191.389 | 269.982 |

[1] Normal.

All values are computed on the basis of taking normal uranium having an assay of 0.711 wt. percent $U^{235}$, as having a zero separative work component, and on the basis of a tails (waste) assay of 0.20 wt. percent $U^{235}$.

The base charges, kilograms of feed, and separative work components for assays not shown will be determined by linear interpolation between the nearest assays listed in the above schedules. A comprehensive listing of interpolated values for both the base charges and standard table is contained in report TID-21015 (Revised), "Interpolated Values For The Schedule of Base Charges and The Standard Table of Enriching Services" available for a charge from Clearinghouse for Federal, Scientific and Technical Information, National Bureau of Standards, U.S. Department of Commerce, Springfield, Va. 22151.

Uranium having an assay (Wt. percent $U^{235}$) below 0.711 will normally be accepted by the AEC as feed material for the performance of enriching services only if such uranium was previously distributed by the AEC or has been derived solely from uranium previously distributed by the AEC.

The base charge for depleted uranium requested without a specification as to assay is $2.50 per kilogram U. The assay furnished by the AEC in this case will normally be in the neighborhood of 0.20 wt. percent $U^{235}$ of which large amounts are available.

The inclusion in the Schedule of Base Charges of specific assays above 93.00 wt. percent $U^{235}$ is for the purpose of interpolation and for establishment of base charges for limited amounts of specified assays above 93 percent. Inquiries concerning the availability of material for lease or sale of specified assays above 93 percent should be addressed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Post Office Box E, Oak Ridge, Tenn. 37830.

An example of the use of the Schedule of Enriching Services Table follows:

A customer has 100 metric tons (100,000 kilograms) of 1 percent $U^{235}$ recovered from a reactor discharge and he wants to deliver it plus additional normal uranium (0.711 percent $U^{235}$) for enrichment to produce 100 metric tons of 3 percent $U^{235}$. The feed component (normal) of his 1 percent material is * * * 100×1.566 or 156.6 metric tons. The total feed component (normal) requirement (based on 3 percent $U^{235}$ product) is * * * 100×5.479 or 547.9 metric tons. Therefore, he must supply 547.9 minus 156.6 or 391.3 metric tons of normal uranium along with his 100 tons of 1 percent $U^{235}$ uranium. He also must pay a tolling fee for (100×4.306) minus (100×0.380) or 392.6 metric tons of separative work, which at $26 per kilogram, would cost $10,207,600. His option to acquire tails material, would relate to the difference between the uranium feed (391.3 mtu normal plus 100 mtu of 1 percent) and the uranium product (100 metric tons of 3 percent) less standard processing loss or to 391.1 metric tons of tails.

TABLE 2—ASSAY VARIABILITY FOR $UF_6$

| Assay range weight percent $U^{235}$ | Variation from requested assay, weight percent $U^{235}$ | | | Analytical precision | |
|---|---|---|---|---|---|
| | Routine variation | | Special variation, single container | Routine analytical precision,[1] percent of reported value | Special analytical precision,[1] percent of reported value |
| | Single containers analyzed individually | Single containers analyzed as a composite sample | | | |
| Col. I | Col. II | Col. III | Col. IV | Col. V | Col. VI |
| 0.4 and less [2] | ±0.010 | ±0.010 | ±0.003 | ±0.25 | ±0.15 |
| Above 0.4 to 0.711 | ±0.010 | ±0.015 | ±0.003 | ±0.20 | ±0.10 |
| Above 0.711 to 1.00 | ±0.010 | ±0.015 | ±0.003 | ±0.15 | ±0.05 |
| Above 1.00 to 2.00 | ±0.015 | ±0.020 | ±0.005 | ±0.15 | ±0.05 |
| Above 2.00 to 5.00 | ±0.045 | ±0.050 | ±0.013 | ±0.15 | ±0.05 |
| Above 5.00 to 15.00 | ±0.150 | ±0.180 | ±0.040 | ±0.10 | ±0.05 |
| Above 15.00 to 20.00 | ±0.150 | ±0.200 | ±0.050 | ±0.10 | ±0.05 |
| Above 20.00 to 30.00 | ±0.150 | ±0.300 | ±0.050 | ±0.10 | ±0.05 |
| Above 30.00 to 60.00 | ±0.150 | ±0.400 | ±0.050 | ±0.10 | ±0.05 |
| Above 60.00 to 93.00 | ±0.150 | ±0.400 | ±0.050 | ±0.05 | ±0.03 |
| Above 93.00 | ±0.100 | ±0.150 | ±0.050 | ±0.03 | ±0.02 |

[1] 95 percent confidence limit.
[2] Depleted uranium requested without a specified $U^{235}$ assay will be supplied in the range below 0.4 weight percent.

All materials will be analyzed on a composite basis to the pertinent routine analytical precision unless otherwise requested. Materials within the assay ranges specified, when analyzed on the basis of individual containers are subject to the "routine" assay variation shown in Column II; and when analyzed on the basis of composite lots, are subject to the "routine" assay variation shown in Column III. Therefore, any container in a composite lot will not vary from the specified target assay by more than the tolerance shown in Column III. Routine analytical precisions achieved are shown in Column V.

Materials requested under "special" assay variation are subject to the limits shown in Column IV and special analytical precisions shown in Column VI. Materials requested under "special" assay variation are provided at extra cost as indicated in Table 6 and on the basis of single containers except requests for material requiring from seven to 10 Model 12A containers, and not exceeding 5 wt. percent $U^{235}$ in assay, will be composited; and requests requiring 11 to 45 Model 12A containers, and not exceeding 3 wt. percent $U^{235}$ in assay, will be composited. Individual containers in these composite lots will vary from the specified target assay by no more than the tolerance shown in Column IV.

All $U^{235}$ measurements are related to a series of uranium isotopic standards available from the National Bureau of Standards.



HeinOnline --- 32 Federal Register No. 230 page 16290 (1967)

TABLE 3—SPECIFICATIONS FOR $UF_6$ DELIVERED TO THE AEC

| *Item* [1] | *Numerical value* |
|---|---|
| Maximum vapor pressure of filled container at 200° F. in pounds per square inch, absolute | 75 |
| Minimum weight percent of $UF_6$ in material | 99.5 |
| Maximum mol percent of hydrocarbons, chlorocarbons, and partially substituted halohydrocarbons | 0.01 |
| Maximum number of parts of elements indicated per million parts of total uranium: | |
| Antimony | 1 |
| Bromine | 5 |
| Chlorine | 100 |
| Niobium | 1 |
| Phosphorus | 50 |
| Ruthenium | 1 |
| Silicon | 100 |
| Tantalum | 1 |
| Titanium | 1 |
| Total number of parts of elements forming nonvolatile fluorides (having a vapor pressure of one atmosphere or less at 300° C.) per million parts of total uranium, e.g., aluminum, barium, bismuth, cadmium, calcium, chromium, copper, iron, lead, lithium, magnesium, manganese, nickel, potassium, silver, sodium, strontium, thorium, tin, zinc, and zirconium | 300 |
| Maximum number of parts of elements or isotopes indicated per million parts of $U^{235}$: | |
| Chromium | 1,500 |
| Molybdenum | 200 |
| Tungsten | 200 |
| Vanadium | 200 |
| Uranium-233 | 500 |
| Uranium-232 | 0.110 |
| Maximum thermal neutron absorption of total impurity elements as equivalent parts of boron per million parts of total uranium | 8 |
| Maximum total of gamma activity due to fission products and uranium-237 as percent of gamma activity of aged natural uranium and as measured in a high-pressure ionization chamber (Drawing D-AWM-8796 of Nuclear Division, Union Carbide Corp.) | 20 |
| Maximum beta activity due to fission products as percent of beta activity of aged natural uranium | 10 |
| Maximum alpha activity from all transuranic elements in disintegrations per minute per gram of total uranium | 1,500 |

[1] All specification analyses on $UF_6$ shall be performed on samples removed in the liquid state from each cylinder while its contents are liquid and homogeneous.

TABLE 4—CHARACTERISTICS OF AEC $UF_6$ CONTAINERS

| Container type | Container model No. | Material of construction | Nominal length [1] (inches) | Nominal diameter (inches) | Approximate tare weight (pounds) | Capacity [2] (pounds $UF_6$) | Minimum loading (pounds $UF_6$) |
|---|---|---|---|---|---|---|---|
| 14-ton | 48F | Steel | 150 | 48 | 5,200 | 28,000 | 3,000 |
| 10-ton | 48A | Steel | 121 | 48 | 4,500 | 21,000 | 2,000 |
| 2.5-ton | 30A | Steel | 82 | 30 | 1,400 | 4,800 | 900 |
| 12-inch(MD) | 12A | Monel or nickel | 54 | 12 | 185 | 450 | 55 |
| 8-inch | 8A | Monel or nickel | 57 | 8 | 120 | 250 | 55 |
| 5-inch | 5A | Monel or nickel | 35 | 5 | 55 | 55 | 11 |
| Harshaw | 2S | Monel or nickel | 11 | 3.5 | 4 | 4.8 | 1 |
| 1.5-inch | 1S | Monel or nickel | 12 | 1.3 | 2 | 1 | 45 grams |
| Hoke Tube | HT | Nickel | 8 | 0.3 | 1 | 15 grams | 1 gram |

[1] Overall length with valve and cap (if any) in place.
[2] When AEC loading practice does not limit the quantity in each container (see Table 5).

TABLE 5—LOADING LIMITS ON AEC $UF_6$ CONTAINERS [1]

| Assay [2] weight percent $U^{235}$ | Maximum quantity per container, pounds $UF_6$ | | | | | |
|---|---|---|---|---|---|---|
| | 48F | 48A | 30A | 12A | 8A | 5A |
| 1.00 or less | 28,000 | 21,000 | 4,800 | 450 | Not used | 55 |
| Above 1.00 to 4.50 | Not used [2] | Not used [2] | 4,800 | 450 | do | 55 |
| Above 4.50 to 5.00 | do. [2] | do. [2] | Not used [2] | 450 | do | 55 |
| Above 5.00 to 12.50 | do. [2] | do. [2] | do. [2] | 450 | 250 | 55 |
| Above 12.50 | do. [2] | do. [2] | do. [2] | Not used [2] | Not used [2] | 55 |

[1] The loading limit on container Model Nos. 2S, 1S, and Hoke tube is the rated capacity of each as stated in Table 4 without any $U^{235}$ assay limitations. Containers loaded to these limits may require special precautions in storage and shipment to avoid the possibility of nuclear interaction with adjacent containers or with neutron moderators and reflectors.
[2] Indicated maximum assays for these containers are those currently approved by the AEC and Department of Transportation in accordance with the terms of a specific license or DOT permit. Higher assays may be loaded if the container and shipping procedures are specifically approved for such higher assays by the AEC and the DOT.

TABLE 6—$UF_6$ WITHDRAWAL AND PACKAGING CHARGES

| Container model No. | Assay range (wt. percent $U^{235}$) | Maximum lot size per composite pounds $UF_6$ | Maximum number containers per composite sample [1] | Charges (dollars) [2]: Routine variation from requested assay — First container | Routine — Each additional container | Special variation from requested assay — First container | Special — Each additional container |
|---|---|---|---|---|---|---|---|
| 48F | 2.0 and less | 28,000 | 1 | 430 | NA | 560 | NA |
| 48A | 3.0 and less | 21,000 | 1 | 395 | NA | 525 | NA |
| 30A | 4.5 and less | 24,000 | 5 | 305 | 215 | NA | NA |
| 30A | 4.5 and less | 4,800 | 1 | 305 | NA | 400 | NA |
| 12A | 3.0 and less | 20,250 | 45 | 185 | 70 | 315 | 70 |
| 12A | 5.0 and less | 4,500 | 10 | 150 | 70 | 200 | 70 |
| 12A | 5.0 and less | 2,700 | 6 | 185 | 100 | NA | NA |
| 12A | 5.0 and less | 450 | 1 | 185 | NA | 245 | NA |
| 8A | Above 5.0 to 12.5 | 1,500 | 6 | 155 | 80 | NA | NA |
| 8A | Above 5.0 to 12.5 | 250 | 1 | 155 | NA | 215 | NA |
| 5A | 60.0 and less | 330 | 6 | 155 | 85 | NA | NA |
| 5A | 60.0 and less | 55 | 1 | 155 | NA | 215 | NA |
| 5A | Above 60.0 | 330 | 6 | 165 | 85 | NA | NA |
| 5A | Above 60.0 | 55 | 1 | 165 | NA | 225 | NA |
| 2S | 60.0 and less | 4.8 | 1 | 85 | NA | 145 | NA |
| 2S | Above 60.0 | 4.8 | 1 | 95 | NA | 155 | NA |
| 1S | 60.0 and less | 1.0 | 1 | 85 | NA | 145 | NA |
| 1S | Above 60.0 | 1.0 | 1 | 95 | NA | 155 | NA |
| HT | 60.0 and less | 15 grams | 1 | 85 | NA | 145 | NA |
| HT | Above 60.0 | 15 grams | 1 | 95 | NA | 155 | NA |

[1] Samples from a number of containers up to the maximum listed are combined in a composite sample for analysis. Unless specifically requested otherwise, the AEC will composite to the maximum extent possible.
[2] Charges shown for routine variation from requested assay are based on compositing of containers for analytical measurement where applicable. This is indicated by a cost in the column "Each Additional Container." Charges shown for special variation from requested assay are based on single container measurement except withdrawals into 30A and 48A containers within assay limitations may be transferred into 12A containers for shipment. For this reason, costs for each additional container are shown for 10 and 45 container composites of 12A containers. If certification of minor isotopes ($U^{234}$ and $U^{236}$) is required, an additional charge will be imposed for each composite group or individual container depending upon which is applicable. Charges for depleted $UF_6$, of unspecified assay, furnished in 30A and larger containers, are: 48F containers, $275 each; 48A containers, $235 each; and 30A containers, $200 for the first container and $125 for each additional container in five container composite lots or smaller. These charges apply only to routine measurement precision. If special analytical precision is requested, the charges will be the same as for enriched material.
NA—Not Applicable.

[F.R. Doc. 67-13889; Filed, Nov. 28, 1967; 8:45 a.m.]





HeinOnline --- 32 Federal Register No. 230 page 16291 (1967)

EXHIBIT 4

for separative work over the period involved, which charge will be kept as stable as possible as operating plans are periodically updated. Under such operating plans, AEC will at times be preproducing enriched uranium. Interest on the separative work costs of any such preproduced inventories will be factored into the average separative work charges.

*Effective date.* This notice is effective upon publication in the FEDERAL REGISTER. (3–9–71)

Dated at Washington, D.C., this 3d day of March 1971.

UNITED STATES ATOMIC ENERGY COMMISSION,
W. B. MCCOOL,
*Secretary of the Commission.*

[FR Doc.71-3215 Filed 3-8-71;8:45 am]

## URANIUM HEXAFLUORIDE

### Charges, Enriching Services, Specifications, and Packaging; Revisions

The U.S. Atomic Energy Commission (AEC) hereby announces revisions to the notice entitled, "Uranium Hexafluoride: Base Charges, Use Charges, Special Charges, Table of Enriching Services, Specifications, and Packaging", as published in the FEDERAL REGISTER on November 29, 1967 (32 F.R. 16289), and as amended in 35 F.R. 13547, August 25, 1970 (referred to herein as the notice).

1. The first sentence of the notice is revised to read as follows: "The U.S. Atomic Energy Commission (AEC) hereby announces the establishment of its standard table of enriching services, its charge per kilogram unit of separative work, its standard processing loss pursuant to the established Uranium Enrichment Services Criteria set forth in the FEDERAL REGISTER, 31 F.R. 16479, December 23, 1966, as amended in 35 F.R. 13546, August 25, 1970, and 36 F.R. 7562, March 9, 1971, and revisions in (1) its schedule of base charges for normal uranium and uranium enriched or depleted in the isotope $U^{235}$, (2) its use charge for uranium and other materials leased by the AEC, (3) its charges for withdrawal and packaging of $UF_6$, (4) its limits on loading of containers, and (5) its assay variation limits."

2. The penultimate sentence of paragraph 3 of the notice is revised to read as follows: "The charge per kilogram unit of separative work is $32.00."

3. Table 1 of the notice is revised to read as follows:

TABLE 1—SCHEDULE OF BASE CHARGES AND STANDARD TABLE OF ENRICHING SERVICES

| Assay (wt. % $U^{235}$) | Schedule of base charges ($/kg U as $UF_6$) | Standard table of enriching services | |
|---|---|---|---|
| | | Feed component (normal (kgs U feed/kg U product) | Separative work component (kg SWU/kg U product) |
| 0.20 | 3.00 | 0 | 0 |
| 0.25 | 3.00 | 0.098 | −0.100 |
| 0.30 | 3.00 | 0.196 | −0.158 |
| 0.35 | 3.00 | 0.294 | −0.189 |

TABLE 1—SCHEDULE OF BASE CHARGES AND STANDARD TABLE OF ENRICHING SERVICES—Con.

| Assay (wt. % $U^{235}$) | Schedule of base charges ($/kg U as $UF_6$) | Standard table of enriching services | |
|---|---|---|---|
| | | Feed component (normal (kgs U feed/kg U product) | Separative work component (kg SWU/kg U product) |
| 0.38 | 3.00 | 0.352 | −0.197 |
| 0.40 | 3.00 | 0.391 | −0.193 |
| 0.42 | 3.81 | 0.431 | −0.187 |
| 0.44 | 4.82 | 0.470 | −0.184 |
| 0.46 | 5.89 | 0.509 | −0.183 |
| 0.48 | 7.03 | 0.548 | −0.182 |
| 0.50 | 8.24 | 0.587 | −0.173 |
| 0.52 | 9.47 | 0.626 | −0.163 |
| 0.54 | 10.79 | 0.665 | −0.151 |
| 0.56 | 12.10 | 0.705 | −0.137 |
| 0.58 | 13.52 | 0.744 | −0.123 |
| 0.60 | 14.95 | 0.783 | −0.107 |
| 0.65 | 18.68 | 0.881 | −0.062 |
| 0.70 | 22.59 | 0.978 | −0.012 |
| 0.711 | 23.40 | 1.000 | 0.000 |
| 0.75 | 26.65 | 1.078 | 0.044 |
| 0.80 | 30.87 | 1.174 | 0.101 |
| 0.85 | 35.22 | 1.272 | 0.163 |
| 0.90 | 39.69 | 1.370 | 0.225 |
| 0.95 | 44.29 | 1.468 | 0.287 |
| 1.00 | 48.90 | 1.566 | 0.350 |
| 1.10 | 58.43 | 1.761 | 0.475 |
| 1.20 | 68.25 | 1.957 | 0.603 |
| 1.30 | 78.29 | 2.153 | 0.833 |
| 1.40 | 88.52 | 2.348 | 1.015 |
| 1.50 | 98.95 | 2.544 | 1.227 |
| 1.60 | 109.50 | 2.740 | 1.413 |
| 1.70 | 120.15 | 2.935 | 1.603 |
| 1.80 | 130.93 | 3.131 | 1.797 |
| 1.90 | 141.80 | 3.327 | 1.994 |
| 2.00 | 152.86 | 3.523 | 2.194 |
| 2.20 | 175.09 | 3.914 | 2.602 |
| 2.40 | 197.57 | 4.305 | 3.018 |
| 2.60 | 220.29 | 4.697 | 3.441 |
| 2.80 | 243.24 | 5.088 | 3.871 |
| 3.00 | 266.33 | 5.479 | 4.303 |
| 3.20 | 289.61 | 5.871 | 4.740 |
| 3.40 | 313.02 | 6.262 | 5.181 |
| 3.60 | 336.52 | 6.654 | 5.628 |
| 3.80 | 360.16 | 7.045 | 6.070 |
| 4.00 | 383.89 | 7.436 | 6.514 |
| 4.50 | 443.60 | 8.415 | 7.630 |
| 5.00 | 503.59 | 9.393 | 8.851 |
| 5.50 | 564.03 | 10.372 | 10.022 |
| 6.00 | 624.77 | 11.350 | 11.203 |
| 7.00 | 746.97 | 13.307 | 13.587 |
| 8.00 | 869.93 | 15.264 | 15.995 |
| 9.00 | 993.61 | 17.221 | 18.422 |
| 10.00 | 1,117.54 | 19.178 | 20.863 |
| 12.00 | 1,366.76 | 23.092 | 25.782 |
| 14.00 | 1,617.14 | 27.006 | 30.737 |
| 16.00 | 1,868.37 | 30.920 | 35.719 |
| 18.00 | 2,120.37 | 34.834 | 40.724 |
| 20.00 | 2,372.93 | 38.748 | 45.747 |
| 25.00 | 3,006.37 | 48.532 | 58.369 |
| 30.00 | 3,642.16 | 58.317 | 71.064 |
| 35.00 | 4,279.78 | 68.102 | 83.810 |
| 40.00 | 4,918.92 | 77.886 | 96.616 |
| 50.00 | 6,201.33 | 97.455 | 122.344 |
| 60.00 | 7,488.93 | 117.025 | 148.225 |
| 70.00 | 8,782.16 | 136.595 | 174.302 |
| 80.00 | 10,082.97 | 156.164 | 200.605 |
| 85.00 | 10,737.71 | 165.949 | 213.872 |
| 90.00 | 11,397.63 | 175.734 | 227.341 |
| 92.00 | 11,664.01 | 179.648 | 232.790 |
| 93.00 | 11,798.05 | 181.605 | 235.550 |
| 94.00 | 11,932.80 | 183.562 | 238.328 |
| 96.00 | 12,233.13 | 187.476 | 244.842 |
| 98.00 | 13,129.41 | 191.389 | 250.982 |

All values are computed on the basis of taking normal uranium having an assay of 0.711 wt. percent $U^{235}$, as having a zero separative work component, and on the basis of a tails (waste) assay of 0.20 wt. percent $U^{235}$.

The base charges, kilograms of feed, and separative work components for assays not shown will be determined by linear interpolation between the nearest assays listed in the above schedules. A comprehensive listing of interpolated values for both the base charges and standard table is contained in report TID-21015 (Revised), 'Interpolated Values For The Schedule of Base Charges and The Standard Table of Enriching Services' available for a charge from Clearinghouse for Federal, Scientific and Technical Information, National Bureau of Standards, U.S. Department of Commerce, Springfield, Va. 22151.

Uranium having an assay (wt. percent $U^{235}$) below 0.711 will normally be accepted by the AEC as feed material for the performance of enriching services only if such uranium was previously distributed by the AEC or has been derived solely from uranium previously distributed by the AEC.

The base charge for depleted uranium requested without a specification as to assay is $2.50 per kilogram U. The assay furnished by the AEC in this case will normally be in the neighborhood of 0.20 wt. percent $U^{235}$ of which large amounts are available.

The inclusion in the Schedule of Base Charges of specific assays above 93.00 wt. percent $U^{235}$ is for the purpose of interpolation and for establishment of base charges for limited amounts of specified assays above 93 percent. Inquiries concerning the availability of material for lease or sale of specified assays above 93 percent should be addressed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Post Office Box E, Oak Ridge, TN 37830.

*Effective date.* This notice shall become effective 180 days after publication in the FEDERAL REGISTER (3–9–71).

Dated at Washington, D.C., this 3d day of March 1971.

UNITED STATES ATOMIC ENERGY COMMISSION,
W. B. MCCOOL,
*Secretary of the Commission.*

[FR Doc.71-3216 Filed 3-8-71;8:45 am]

# CIVIL AERONAUTICS BOARD

[Docket No. 17665]

## REOPENED WASHINGTON/BALTIMORE HELICOPTER SERVICE INVESTIGATION

### Notice of Prehearing Conference

Notice is hereby given that a prehearing conference in the above-entitled investigation is assigned to be held on March 24, 1971, at 10 a.m., e.s.t., in Room 911, Universal Building, 1825 Connecticut Avenue NW., Washington, DC, before Examiner William F. Cusick.

Requests for information and evidence, proposed statements of issues and procedural dates shall be filed with the Examiner and served on Bureau Counsel and parties to the proceeding on or before March 18, 1971.

Dated at Washington, D.C., March 3, 1971.

[SEAL] THOMAS L. WRENN,
*Chief Examiner.*

[FR Doc.71-3271 Filed 3-8-71;8:49 am]

# FEDERAL MARITIME COMMISSION

## ARABIAN/PERSIAN GULF-U.S. ATLANTIC & GULF RATE AGREEMENT

### Notice of Agreement Filed

Notice is hereby given that the following agreement has been filed with the Commission for approval pursuant to section 15 of the Shipping Act, 1916, as amended (39 Stat. 733, 75 Stat. 763, 46 U.S.C. 814).



HeinOnline --- 36 Federal Register No. 46 page 4563 (1971)