EXHIBIT 2

gress and the General Accounting Office.

## PART 762—URANIUM ENRICHMENT SERVICES CRITERIA

Sec.
762.1 General.
762.2 Definitions.
762.3 Enrichment of uranium of foreign origin.
762.4 Prices.
762.5 Costs.
762.6 Recovery of prior unrecouped Government costs.
762.7 Non-discrimination.
762.8 Amendment of contract.
762.9 Termination by DOE.
762.10 Termination by customer.
762.11 Quantities and form of feed and product material.
762.12 Customer's option to acquire tails material.
762.13 Responsibility for material meeting specifications.
762.14 Other terms.
762.15 Prior contracts.

AUTHORITY: Sec. 161(v) of the Atomic Energy Act of 1954, 68 Stat. 921 (42 U.S.C. 2201(v)).

SOURCE: 51 FR 27144, July 29, 1986, unless otherwise noted.

### § 762.1 General.

(a) *Authority.* These criteria set forth the general terms and conditions applicable to the provision to civilian customers of uranium enrichment services in facilities owned by DOE, as authorized by the Atomic Energy Act of 1954, as amended (the Act). Specifically, these criteria are established pursuant to section 161(v) of the Act, which was added by Pub. L. 88-489, the "Private Ownership of Special Nuclear Materials Act."

(b) *Eligible customers.* DOE may enter into contracts for providing enrichment services with licensees and cooperative agreement customers. Enrichment services can be offered to cooperative agreement customers only while comparable services are available to licensees and cannot be offered for prices less than the prices for services to licensees.

(c) *Capacity limitations.* DOE will not enter into contracts in excess of the available capabilities of DOE. Available capability consists of inventories of material available or committed to DOE and the physical capability of existing and authorized enrichment plants, fully powered and operated without limitation as to mode of operation, but as reduced by potential commitments involving forecasts of Government needs.

(d) *Sale limitations.* Except as specifically provided, nothing in this notice shall be deemed to affect the sale or leasing of special nuclear material by DOE or the entering into "barter" arrangements whereby special nuclear material is distributed pursuant to section 54 of the Act and source material is accepted in part payment therefor.

(e) *Committed services.* Contracts for the provision of enrichment services shall specify the extent to which a customer is committed to take services from DOE and the charge, if any, for not taking committed services.

(f) *Duration.* Contracts for the provision of enrichment services shall be long-term, except that DOE may offer short-term contracts if, in its view, such contracts would promote the objectives of the AEA.

(g) *Revision of criteria.* The criteria contained in this notice are subject to change by DOE from time to time; however, any such changes shall be developed in conformance with applicable administrative guidelines and shall be submitted to the Committees of the Senate and House of Representatives which under the rules of the Senate and House have jurisdiction for review in accordance with the Act.

### § 762.2 Definitions.

(a) *Enrichment services* means the separative work necessary to enrich or further enrich uranium in the isotope U-235.

(b) *Cooperative agreement customer* means a person receiving enrichment services pursuant to an agreement for cooperation arranged pursuant to section 123 of the AEA.

(c) *Licensee* means a person licensed under sections 53, 63, 103 or 104 of the AEA.

(d) *Separative work* means the measure of the effort required to separate a





quantity of uranium feed material int[o] (1) an enriched fraction containing [a] higher concentration of U-235 tha[n] the feed material and (2) a tails frac[-] tion containing a lower concentration of U-235.

### § 762.3 Enrichment of uranium of foreig[n] origin.

DOE may not restrict the enrich[-] ment of uranium of foreign origin fo[r] domestic use except to the extent [it] determines such a restriction is neces[-] sary to assure the maintenance of [a] viable domestic uranium industry.

### § 762.4 Prices.

DOE may negotiate prices in individ[-] ual enrichment services contracts i[n] accordance with an overall approac[h] intended to maintain the long-term competitive position of DOE while ob[-] taining the recovery of the Govern[-] ment's costs over a reasonable perio[d] of time.

### § 762.5 Costs.

DOE will establish charges for en[-] richment services on a basis that re[-] covers appropriate Government cost[s] over a reasonable period of time. Suc[h] costs will be determined on a basi[s] that includes the costs incurred in pro[-] viding enrichment services as follows:

(a) Electric power and all othe[r] costs, direct and indirect, of operatin[g] the enrichment plants;

(b) Depreciation of enrichmen[t] plants;

(c) Costs of process development;

(d) Cost of DOE administration an[d] other Government functions in sup[-] port of the Enrichment Program; an[d]

(e) Imputed interest on investmen[t] in plant, working capital, the natura[l] uranium contained in those invento[-] ries at the DOE enrichment plant[s] needed to provide enrichment service[s] and the separative work costs of pre[-] produced inventories.

### § 762.6 Recovery of prior unrecouped Go[v-] ernment costs.

In establishing prices for providin[g] enrichment services for civilian cu[s-] tomers, DOE will establish reserv[es] sufficient to return to the Treasury o[f] the United States, over a reasonab[le] period of time, previously unrecoupe[d]

quantity of uranium feed material into (1) an enriched fraction containing a higher concentration of U-235 than the feed material and (2) a tails fraction containing a lower concentration of U-235.

**§ 762.3 Enrichment of uranium of foreign origin.**

DOE may not restrict the enrichment of uranium of foreign origin for domestic use except to the extent it determines such a restriction is necessary to assure the maintenance of a viable domestic uranium industry.

**§ 762.4 Prices.**

DOE may negotiate prices in individual enrichment services contracts in accordance with an overall approach intended to maintain the long-term competitive position of DOE while obtaining the recovery of the Government's costs over a reasonable period of time.

**§ 762.5 Costs.**

DOE will establish charges for enrichment services on a basis that recovers appropriate Government costs over a reasonable period of time. Such costs will be determined on a basis that includes the costs incurred in providing enrichment services as follows:

(a) Electric power and all other costs, direct and indirect, of operating the enrichment plants;

(b) Depreciation of enrichment plants;

(c) Costs of process development;

(d) Cost of DOE administration and other Government functions in support of the Enrichment Program; and

(e) Imputed interest on investment in plant, working capital, the natural uranium contained in those inventories at the DOE enrichment plants needed to provide enrichment services, and the separative work costs of preproduced inventories.

**§ 762.6 Recovery of prior unrecouped Government costs.**

In establishing prices for providing enrichment services for civilian customers, DOE will establish reserves sufficient to return to the Treasury of the United States, over a reasonable period of time, previously unrecouped and unrecovered costs associated with provision of enrichment services to civilian customers. The estimate of such costs will include costs attributable to plant capacity used to provide enrichment services for civilian customers, but will not necessarily include costs attributable to plant capacity or other investments not properly allocable to the Government's costs associated with providing enrichment services to civilian customers. DOE shall determine the amount to be returned to the U.S. Treasury each year. In determining this amount, DOE shall consider all relevant factors, including the following:

(a) Long-term financial integrity of the enrichment program;

(b) Reliability of service at competitive prices;

(c) Market share;

(d) Impact upon existing enrichment facilities and other program expenditures;

(e) Impact upon research and development; and

(f) Need to reduce the deficit.

**§ 762.7 Non-discrimination.**

The same prices, as well as other terms and conditions, shall be available to all similarly-situated customers on a non-discriminatory basis, reflecting DOE's judgment of cost differentials associated with supplying enrichment services to different customers.

**§ 762.8 Amendment of contract.**

At the request of either DOE or the customer, the parties will negotiate and, to the extent mutually agreed, amend the contract without additional consideration. A contract may provide for renegotiation of prices, as well as other terms and conditions, at specified times or upon request by either party.

**§ 762.9 Termination by DOE.**

(a) The contract may be terminated by DOE without cost to DOE upon reasonable notice at such time as commercial enrichment services are provided by another domestic source: *Provided, however*, that DOE will upon request by the customer rescind any notice of termination and will contin-

ue to furnish the services specified in the contract if the services of the domestic source are not available to the customer; (1) To the extent provided for in the DOE contract during the remainder of its terms; and (2) on terms and conditions, including charges, which are considered by the DOE to be reasonable and nondiscriminatory.

(b) DOE may terminate the contract without cost to DOE in the event the customer loses its right to possess enriched uranium, or defaults on its contractual obligations, or becomes involved in bankruptcy proceedings where such involvement interferes with the customer's ability to perform its obligations. In such instances, the customer will be required to pay a termination charge determined as if the customer had terminated the contract.

**§ 762.10 Termination by customer.**

The contract shall provide the circumstances under which the customer may terminate the contract in whole or in part. Reasonable and appropriate charges for termination as are negotiated shall be specified in the contract.

**§ 762.11 Quantities and form of feed and product material.**

The form of feed and product material shall be UF-6, except where DOE and the customer agree to another form. The quantity of material to be furnished by the customer in relationship to the quantity of enriched uranium to be delivered by DOE and the related amount of separative work to be performed by DOE normally will be determined in accordance with the then current standard table of enrichment services published by DOE. DOE may agree to perform such services in accordance with such other table as is within its capability. DOE will not necessarily use the specific feed material or quantity of material furnished by the customer in producing the enriched uranium delivered to the customer.

**§ 762.12 Customer's option to acquire tails material.**

The customer shall be granted an option to acquire tails material (depleted uranium) resulting from the performance of enrichment services. The option as to quantity (kg U) of tails material desired by the customer, within the maximum quantity subject to the option, must be exercised at the time of delivery of the related quantity of feed material. The U-235 assay of the tails material delivered to the customer will be within the sole discretion of DOE. The maximum quantity of depleted uranium subject to the option will be equal to the difference between the total uranium supplied by the customer as feed material and the total enriched uranium furnished to the customer, less processing losses as established from time to time by DOE. Delivery of tails material will normally be at the same time as delivery of enriched uranium.

**§ 762.13 Responsibility for material meeting specifications.**

The customer warrants that all feed material meets specifications and, with stated exceptions, agrees to hold DOE and its representatives harmless from all damages, liabilities, or costs arising out of a breach of the warranty where such damages, liabilities, or costs are incurred prior to final acceptance of the feed material by DOE. However, the customer is not deprived of any rights under indemnification agreements entered into pursuant to section 170 of the Act (Price-Anderson indemnification). DOE's obligation to furnish specification material to the customer terminates upon final acceptance of such material by the customer.

**§ 762.14 Other terms.**

A contract may contain terms and conditions not specified in these criteria, so long as the terms and conditions are not inconsistent with these criteria.

**§ 762.15 Prior contracts.**

All contracts under which DOE was providing enrichment services prior to the adoption of these criteria are valid. These prior contracts may be amended to conform to these criteria without penalty, if both parties agree.





## PART 763—URANIUM ENRICH LATE PAYMENT CHARGE

AUTHORITY: Sec. 161(v) of the Energy Act, as amended, 68 Stat. U.S.C. 2201(v).

**§ 763.1 Uranium enrichment late charges.**

The late payment charge fo um enrichment customers will current Treasury Funds rate percent pro rata on a daily ba additional 6 percent charge wi into effect until five busine after payment is due. Howeve payment is due between Septe and September 30, the addi percent charge will go into ef first day the payment is late.

[52 FR 28538, July 31, 1987]

## PART 780—PATENT COMPEN BOARD REGULATION

Subpart A—General Provisi

Sec.
780.1 Scope.
780.2 Definitions.
780.3 Jurisdiction of the Patent C tion Board.
780.4 Filing and service of docum
780.5 Applications—General form and filing.
780.6 Department participation.
780.7 Designation of interested parties.
780.8 Security.
780.9 Rules of procedure before
780.10 Decision of the Board.
780.11 Records of the Board.

Subpart B—Declaring Patents Af the Public Interest Under Se the Atomic Energy Act of 195

780.20 Initiation of proceeding
780.21 Notice.
780.22 Opposition, support and hearing.
780.23 Hearing and decision.
780.24 Criteria for declaring fected with the public interes

Subpart C—Application for a Lice to Section 153b(2) of the At Act of 1954

780.30 Filing of application.
780.31 Contents of application.