EXHIBIT 3

# ATOMIC ENERGY COMMISSION

## PLUTONIUM AND URANIUM ENRICHED IN $U^{233}$

### Use Charges

1. The U.S. Atomic Energy Commission hereby gives notice of an increase in its use charge for plutonium and uranium enriched in $U^{233}$.

2. This notice amends a notice entitled "Plutonium and Uranium Enriched in $U^{233}$" published in the FEDERAL REGISTER on May 29, 1963 (28 F.R. 5314) by deleting paragraph 4 of said notice and substituting in lieu thereof the following:

4. *Use charges.* The use charge rate for plutonium and uranium enriched in $U^{233}$, when leased by the AEC, is five and one-half percent (5½%) per annum of the base charge.

3. *Effective date.* This notice is effective January 1, 1968.

Dated at Germantown, Md., this 22d day of November 1967.

For the Atomic Energy Commission.

F. T. HOBBS,
*Assistant Secretary.*

[F.R. Doc. 67-13888; Filed, Nov. 28, 1967; 8:45 a.m.]

---

## URANIUM HEXAFLUORIDE

### Base Charges, Use Charges, Special Charges, Table of Enriching Services, Specifications, and Packaging

The U.S. Atomic Energy Commission (AEC) hereby announces the establishment of its standard table of enriching services, its charge per kilogram unit of separative work, its standard processing loss pursuant to the established Uranium Enrichment Services Criteria set forth in the FEDERAL REGISTER, 31 F.R. 16479, December 23, 1966, and revisions in (1) its schedule of base charges for normal uranium and uranium enriched or depleted in the isotope $U^{235}$, (2) its use charge for uranium and other materials leased by the AEC, (3) its charges for withdrawal and packaging of $UF_6$, (4) its limits on loading of containers, and (5) its assay variation limits.

This notice is intended to consolidate, revise and supersede earlier notices concerning base charges, use charge, special charges, specification and packaging of normal uranium or uranium depleted or enriched in the isotope $U^{235}$. Accordingly, all previous information or schedules published by the AEC concerning the subject matter of this notice, including the following notices previously published by the Commission in the FEDERAL REGISTER are hereby superseded: 23 F.R. 4813, June 28, 1958; 25 F.R. 2817, April 2, 1960; 26 F.R. 1643, February 24, 1961; 26 F.R. 4765, May 30, 1961; 27 F.R. 5006, May 29, 1962; 27 F.R. 5155, June 1, 1962; 29 F.R. 5098, April 14, 1964; 30 F.R. 14821, November 30, 1965; 30 F.R. 14938, December 2, 1965; 31 F.R. 5385, April 5, 1966; and 31 F.R. 16584, December 28, 1966.

1. *General.* This notice sets forth AEC charges, specifications, container characteristics, container loadings, and other information with respect to:

(a) The special nuclear material, uranium enriched in the isotope $U^{235}$ (enriched uranium), and

(b) The source materials, uranium having 0.00711 weight fraction $U^{235}$ (normal uranium), and uranium depleted in the isotope $U^{235}$ (depleted uranium),

in the standard form of uranium hexafluoride ($UF_6$).

The data contained in this notice pertain to domestic arrangements and, to the extent appropriate, to foreign arrangements, for the furnishing of toll enriching services, the lease or sale of enriched $UF_6$, for sale of depleted $UF_6$, and the lease of other materials entered into by AEC pursuant to the Atomic Energy Act of 1954, as amended. Nothing in this notice shall be deemed to modify or affect any regulation of the AEC, or to relieve any AEC licensee from his obligations to comply with such regulations, including those contained in 10 CFR Parts 70 and 71. Although the charges and other data published in this notice are subject to adjustment, the AEC intends to maintain them as stable as possible.

2. *Effective date.* All data contained in this notice shall become effective as of January 1, 1968.

3. *Schedule of base charges, standard table of enriching services, charge per kilogram unit of separative work and standard processing loss.* The base charges for uranium, enriched or depleted in the isotope $U^{235}$, in the form of $UF_6$ are those given in Table I of this notice. The AEC's Standard Table of Enriching Services is also set forth in Table I of this notice. The charge per kilogram unit of separative work is $26. The standard processing loss factor to be applied to toll enrichers acquisition of tails material is 0.05 percent.

4. *Use charge for material.* The use-charge rate for special nuclear material and other materials leased by AEC is five and one-half percent (5½%) per annum of the base charge or value of the material established by the Commission.

5. *Specification for $UF_6$ furnished by AEC.* Enriched or depleted uranium furnished as $UF_6$ shall consist of at least 99.5 percent by weight $UF_6$. The impurities making up the remainder may consist of fluorocarbons, hydrogen fluoride, and certain cations. The material shall contain a maximum of 0.01 mol percent of hydrocarbons, partially substituted halo-hydrocarbons or chlorocarbons.

The assay variability limits established for enriched and depleted uranium in the form of $UF_6$ to be furnished by AEC are set forth in Table 2.

6. *Specifications for $UF_6$ delivered to AEC.* Specifications for $UF_6$ delivered to AEC, whether the material contains normal uranium or uranium depleted or enriched in the isotope $U^{235}$, are set forth in Table 3.

7. *Packaging.* The characteristics of AEC-furnished containers are summarized in Table 4. A further description of of the containers and their valves as well as information on handling procedures of $UF_6$, may be found in report ORO-651 (Revision 1), "Uranium Hexafluoride Handling Procedures and Container Criteria", available for a charge from Clearinghouse for Federal, Scientific and Technical Information, National Bureau of Standards, U.S. Department of Commerce, Springfield, Va. 22151. Engineering drawings of the AEC-owned containers may also be obtained for a charge.

The minimum-loading data set forth in Table 4 are the established minimum loadings of enriched uranium as $UF_6$ furnished to or by the AEC, whether in AEC or non-AEC-owned containers of the types described therein.

The AEC limits the loading of the containers listed in Table 5 to a value less than their volumetric capacity and also sets forth loading limits according to current AEC practice for various assay ranges. These apply to shipments both to and from the AEC. When ordering $UF_6$, the requester may specify delivery in any combination of customer furnished containers consonant with Table 5 and the compositing of analytical samples from any number of containers up to the limit in Table 6. To the extent that required containers are not reasonably available from commercial sources and AEC agrees to furnish containers, the requestor may, subject to approval of the AEC, specify the combination of containers he wishes to be used and will be charged an amount corresponding to the combination. In the event the requestor does not specify any particular combination, the AEC will package the $UF_6$ in any combination of containers which it sees fit to use and will charge the requestor an amount corresponding to the combination leading to minimum cost.

8. *Withdrawal and packaging charges.* Charges for withdrawal of $UF_6$ from the AEC gaseous diffusion plants and packaging in suitable containers are dependent upon the container size, assay variation limit, and the number of containers composited into an analytical lot, as set forth in Table 6. These handling charges are independent of the charge for toll enriching services furnished by the AEC or the base charges for $UF_6$ supplied by the AEC and are not refunded upon return of material.

9. *Container rental charges.* The rental charge, where applicable, for AEC-owned $UF_6$ containers is $5 for each 48F container, $4 for each 48A container, and $2.50 for each other container for each week or fraction thereof, said charges to commence on the first day after delivery to the recipient, f.o.b. AEC gaseous diffusion plant. The purchaser must provide any outer protective package required for the containers.

10. *Charges for special services.* When the AEC is requested and agrees to perform a service not covered in the charges given in this notice, such as certifying properties of $UF_6$ other than those given in section 5 of this notice, in which case



HeinOnline --- 32 Federal Register No. 230 page 16289 (1967)

Case 1:96-cv-00407-LB Document 17-4 Filed 01/15/2004 Page 3 of 4



any or all of the properties listed in Table 3 may be certified, special charges may apply. Inquiries as to such charges should be directed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Oak Ridge, Tenn. 37830.

11. *Correspondence.* Any correspondence involving this notice should be addressed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Post Office Box E, Oak Ridge, Tenn. 37830.

Dated at Germantown, Md., this 22d day of November 1967.

For the Atomic Energy Commission.

F. T. HOBBS,
*Assistant Secretary.*

TABLE 1—SCHEDULE OF BASE CHARGES AND STANDARD TABLE OF ENRICHING SERVICES

| Assay (wt. % $U^{235}$) | Schedule of base charges ($/kg U as $UF_6$) | Standard table of enriching services | |
|---|---|---|---|
| | | Feed component (normal) (kgs U feed/kg U product) | Separative work component (kg SWU/kg U product) |
| 0.20 | 3.00 | 0 | 0 |
| 0.25 | 3.00 | 0.098 | −0.100 |
| 0.30 | 3.00 | 0.196 | −0.158 |
| 0.35 | 3.00 | 0.294 | −0.189 |
| 0.38 | 3.14 | 0.352 | −0.197 |
| 0.40 | 4.02 | 0.391 | −0.198 |
| 0.42 | 4.99 | 0.431 | −0.197 |
| 0.44 | 5.99 | 0.470 | −0.194 |
| 0.46 | 7.03 | 0.509 | −0.189 |
| 0.48 | 8.13 | 0.548 | −0.182 |
| 0.50 | 9.27 | 0.587 | −0.173 |
| 0.52 | 10.45 | 0.626 | −0.163 |
| 0.54 | 11.67 | 0.665 | −0.151 |
| 0.56 | 12.98 | 0.705 | −0.137 |
| 0.58 | 14.25 | 0.744 | −0.123 |
| 0.60 | 15.59 | 0.783 | −0.107 |
| 0.65 | 19.06 | 0.881 | −0.062 |
| 0.70 | 22.63 | 0.978 | −0.012 |
| [1] 0.711 | 23.46 | 1.000 | 0.000 |
| 0.75 | 26.38 | 1.076 | 0.044 |
| 0.80 | 30.24 | 1.174 | 0.104 |
| 0.85 | 34.21 | 1.272 | 0.168 |
| 0.90 | 38.28 | 1.370 | 0.236 |
| 0.95 | 42.42 | 1.468 | 0.307 |
| 1.00 | 46.62 | 1.566 | 0.380 |
| 1.10 | 55.22 | 1.761 | 0.535 |
| 1.20 | 64.06 | 1.957 | 0.698 |
| 1.30 | 73.08 | 2.153 | 0.868 |
| 1.40 | 82.25 | 2.348 | 1.045 |
| 1.50 | 91.58 | 2.544 | 1.227 |
| 1.60 | 101.02 | 2.740 | 1.413 |
| 1.70 | 110.54 | 2.935 | 1.603 |
| 1.80 | 120.17 | 3.131 | 1.797 |
| 1.90 | 129.89 | 3.327 | 1.994 |
| 2.00 | 139.69 | 3.523 | 2.194 |
| 2.20 | 159.47 | 3.914 | 2.602 |
| 2.40 | 179.47 | 4.305 | 3.018 |
| 2.60 | 199.66 | 4.697 | 3.441 |
| 2.80 | 220.01 | 5.088 | 3.871 |
| 3.00 | 240.50 | 5.479 | 4.306 |
| 3.20 | 261.13 | 5.871 | 4.746 |
| 3.40 | 281.88 | 6.262 | 5.191 |
| 3.60 | 302.69 | 6.654 | 5.638 |
| 3.80 | 323.62 | 7.045 | 6.090 |
| 4.00 | 344.59 | 7.436 | 6.544 |
| 4.50 | 397.36 | 8.415 | 7.690 |
| 5.00 | 450.49 | 9.393 | 8.851 |
| 5.50 | 503.90 | 10.372 | 10.022 |
| 6.00 | 557.55 | 11.350 | 11.203 |
| 7.00 | 665.44 | 13.307 | 13.587 |
| 8.00 | 773.96 | 15.264 | 15.995 |
| 9.00 | 882.97 | 17.221 | 18.422 |
| 10.00 | 992.36 | 19.178 | 20.863 |
| 12.00 | 1,212.07 | 23.092 | 25.782 |
| 14.00 | 1,432.72 | 27.006 | 30.737 |
| 16.00 | 1,654.07 | 30.920 | 35.719 |
| 18.00 | 1,876.03 | 34.834 | 40.724 |
| 20.00 | 2,098.45 | 38.748 | 45.747 |
| 25.00 | 2,656.15 | 48.532 | 58.369 |
| 30.00 | 3,215.78 | 58.317 | 71.064 |
| 35.00 | 3,776.89 | 68.102 | 83.816 |
| 40.00 | 4,339.25 | 77.887 | 96.616 |
| 50.00 | 5,467.26 | 97.456 | 122.344 |
| 60.00 | 6,599.52 | 117.025 | 148.235 |
| 70.00 | 7,736.37 | 136.595 | 174.302 |
| 80.00 | 8,879.34 | 156.164 | 200.605 |
| 85.00 | 9,454.35 | 165.949 | 213.892 |
| 90.00 | 10,033.59 | 175.734 | 227.341 |
| 92.00 | 10,267.24 | 179.648 | 232.796 |
| 93.00 | 10,384.75 | 181.605 | 235.550 |
| 94.00 | 10,502.89 | 183.562 | 238.328 |
| 96.00 | 10,764.08 | 187.476 | 244.842 |
| 98.00 | 11,509.52 | 191.389 | 269.982 |

[1] Normal.

All values are computed on the basis of taking normal uranium having an assay of 0.711 wt. percent $U^{235}$, as having a zero separative work component, and on the basis of a tails (waste) assay of 0.20 wt. percent $U^{235}$.

The base charges, kilograms of feed, and separative work components for assays not shown will be determined by linear interpolation between the nearest assays listed in the above schedules. A comprehensive listing of interpolated values for both the base charges and standard table is contained in report TID-21015 (Revised), "Interpolated Values For The Schedule of Base Charges and The Standard Table of Enriching Services" available for a charge from Clearinghouse for Federal, Scientific and Technical Information, National Bureau of Standards, U.S. Department of Commerce, Springfield, Va. 22151.

Uranium having an assay (Wt. percent $U^{235}$) below 0.711 will normally be accepted by the AEC as feed material for the performance of enriching services only if such uranium was previously distributed by the AEC or has been derived solely from uranium previously distributed by the AEC.

The base charge for depleted uranium requested without a specification as to assay is $2.50 per kilogram U. The assay furnished by the AEC in this case will normally be in the neighborhood of 0.20 wt. percent $U^{235}$ of which large amounts are available.

The inclusion in the Schedule of Base Charges of specific assays above 93.00 wt. percent $U^{235}$ is for the purpose of interpolation and for establishment of base charges for limited amounts of specified assays above 93 percent. Inquiries concerning the availability of material for lease or sale of specified assays above 93 percent should be addressed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Post Office Box E, Oak Ridge, Tenn. 37830.

An example of the use of the Schedule of Enriching Services Table follows:

A customer has 100 metric tons (100,000 kilograms) of 1 percent $U^{235}$ recovered from a reactor discharge and he wants to deliver it plus additional normal uranium (0.711 percent $U^{235}$) for enrichment to produce 100 metric tons of 3 percent $U^{235}$. The feed component (normal) of his 1 percent material is * * * 100×1.566 or 156.6 metric tons. The total feed component (normal) requirement (based on 3 percent $U^{235}$ product) is * * * 100×5.479 or 547.9 metric tons. Therefore, he must supply 547.9 minus 156.6 or 391.3 metric tons of normal uranium along with his 100 tons of 1 percent $U^{235}$ uranium. He also must pay a tolling fee for (100×4.306) minus (100×0.380) or 392.6 metric tons of separative work, which at $26 per kilogram, would cost $10,207,600. His option to acquire tails material, would relate to the difference between the uranium feed (391.3 mtu normal plus 100 mtu of 1 percent) and the uranium product (100 metric tons of 3 percent) less standard processing loss or to 391.1 metric tons of tails.

TABLE 2—ASSAY VARIABILITY FOR $UF_6$

| Assay range weight percent $U^{235}$ | Variation from requested assay, weight percent $U^{235}$ | | | Analytical precision | |
|---|---|---|---|---|---|
| | Routine variation | | Special variation, single container | Routine analytical precision,[1] percent of reported value | Special analytical precision,[1] percent of reported value |
| | Single containers analyzed individually | Single containers analyzed as a composite sample | | | |
| Col. I | Col. II | Col. III | Col. IV | Col. V | Col. VI |
| 0.4 and less [2] | ±0.010 | ±0.010 | ±0.003 | ±0.25 | ±0.15 |
| Above 0.4 to 0.711 | ±0.010 | ±0.015 | ±0.003 | ±0.20 | ±0.10 |
| Above 0.711 to 1.00 | ±0.010 | ±0.015 | ±0.003 | ±0.15 | ±0.05 |
| Above 1.00 to 2.00 | ±0.015 | ±0.020 | ±0.005 | ±0.15 | ±0.05 |
| Above 2.00 to 5.00 | ±0.045 | ±0.050 | ±0.013 | ±0.15 | ±0.05 |
| Above 5.00 to 15.00 | ±0.150 | ±0.180 | ±0.040 | ±0.10 | ±0.05 |
| Above 15.00 to 20.00 | ±0.150 | ±0.200 | ±0.050 | ±0.10 | ±0.05 |
| Above 20.00 to 30.00 | ±0.150 | ±0.300 | ±0.050 | ±0.10 | ±0.05 |
| Above 30.00 to 60.00 | ±0.150 | ±0.400 | ±0.050 | ±0.10 | ±0.05 |
| Above 60.00 to 93.00 | ±0.150 | ±0.400 | ±0.050 | ±0.05 | ±0.03 |
| Above 93.00 | ±0.100 | ±0.150 | ±0.050 | ±0.03 | ±0.02 |

[1] 95 percent confidence limit.
[2] Depleted uranium requested without a specified $U^{235}$ assay will be supplied in the range below 0.4 weight percent.

All materials will be analyzed on a composite basis to the pertinent routine analytical precision unless otherwise requested. Materials within the assay ranges specified, when analyzed on the basis of individual containers are subject to the "routine" assay variation shown in Column II; and when analyzed on the basis of composite lots, are subject to the "routine" assay variation shown in Column III. Therefore, any container in a composite lot will not vary from the specified target assay by more than the tolerance shown in Column III. Routine analytical precisions achieved are shown in Column V.

Materials requested under "special" assay variation are subject to the limits shown in Column IV and special analytical precisions shown in Column VI. Materials requested under "special" assay variation are provided at extra cost as indicated in Table 6 and on the basis of single containers except requests for material requiring from seven to 10 Model 12A containers, and not exceeding 5 wt. percent $U^{235}$ in assay, will be composited; and requests requiring 11 to 45 Model 12A containers, and not exceeding 3 wt. percent $U^{235}$ in assay, will be composited. Individual containers in these composite lots will vary from the specified target assay by no more than the tolerance shown in Column IV.

All $U^{235}$ measurements are related to a series of uranium isotopic standards available from the National Bureau of Standards.



HeinOnline --- 32 Federal Register No. 230 page 16290 (1967)

Case 1:96-cv-00407-LB Document 17-4 Filed 01/15/2004 Page 4 of 4



TABLE 3—SPECIFICATIONS FOR $UF_6$ DELIVERED TO THE AEC

| Item [1] | Numerical value |
|---|---|
| Maximum vapor pressure of filled container at 200° F. in pounds per square inch, absolute | 75 |
| Minimum weight percent of $UF_6$ in material | 99.5 |
| Maximum mol percent of hydrocarbons, chlorocarbons, and partially substituted halohydrocarbons | 0.01 |
| Maximum number of parts of elements indicated per million parts of total uranium: | |
| Antimony | 1 |
| Bromine | 5 |
| Chlorine | 100 |
| Niobium | 1 |
| Phosphorus | 50 |
| Ruthenium | 1 |
| Silicon | 100 |
| Tantalum | 1 |
| Titanium | 1 |
| Total number of parts of elements forming nonvolatile fluorides (having a vapor pressure of one atmosphere or less at 300° C.) per million parts of total uranium, e.g., aluminum, barium, bismuth, cadmium, calcium, chromium, copper, iron, lead, lithium, magnesium, manganese, nickel, potassium, silver, sodium, strontium, thorium, tin, zinc, and zirconium | 300 |
| Maximum number of parts of elements or isotopes indicated per million parts of $U^{235}$: | |
| Chromium | 1,500 |
| Molybdenum | 200 |
| Tungsten | 200 |
| Vanadium | 200 |
| Uranium-233 | 500 |
| Uranium-232 | 0.110 |
| Maximum thermal neutron absorption of total impurity elements as equivalent parts of boron per million parts of total uranium | 8 |
| Maximum total of gamma activity due to fission products and uranium-237 as percent of gamma activity of aged natural uranium and as measured in a high-pressure ionization chamber (Drawing D-AWM-8796 of Nuclear Division, Union Carbide Corp.) | 20 |
| Maximum beta activity due to fission products as percent of beta activity of aged natural uranium | 10 |
| Maximum alpha activity from all transuranic elements in disintegrations per minute per gram of total uranium | 1,500 |

[1] All specification analyses on $UF_6$ shall be performed on samples removed in the liquid state from each cylinder while its contents are liquid and homogeneous.

TABLE 4—CHARACTERISTICS OF AEC $UF_6$ CONTAINERS

| Container type | Container model No. | Material of construction | Nominal length [1] (inches) | Nominal diameter (inches) | Approximate tare weight (pounds) | Capacity [2] (pounds $UF_6$) | Minimum loading (pounds $UF_6$) |
|---|---|---|---|---|---|---|---|
| 14-ton | 48F | Steel | 150 | 48 | 5,200 | 28,000 | 3,000 |
| 10-ton | 48A | Steel | 121 | 48 | 4,500 | 21,000 | 2,000 |
| 2.5-ton | 30A | Steel | 82 | 30 | 1,600 | 4,800 | 900 |
| 12-inch (MD) | 12A | Monel or nickel | 54 | 12 | 185 | 450 | 55 |
| 8-inch | 8A | Monel or nickel | 67 | 8 | 120 | 250 | 55 |
| 5-inch | 5A | Monel or nickel | 35 | 5 | 55 | 55 | 11 |
| Harshaw | 2S | Monel or nickel | 11 | 3.5 | 4 | 4.8 | 1 |
| 1.5-inch | 1S | Monel or nickel | 12 | 1.3 | 2 | 1 | 45 grams |
| Hoke Tube | HT | Nickel | 8 | 0.3 | 1 | 15 grams | 1 gram |

[1] Overall length with valve and cap (if any) in place.
[2] When AEC loading practice does not limit the quantity in each container (see Table 5).

TABLE 5—LOADING LIMITS ON AEC $UF_6$ CONTAINERS [1]

| Assay [2] weight percent $U^{235}$ | Maximum quantity per container, pounds $UF_6$ | | | | | |
|---|---|---|---|---|---|---|
| | 48F | 48A | 30A | 12A | 8A | 5A |
| 1.00 or less | 28,000 | 21,000 | 4,800 | 450 | Not used | 55 |
| Above 1.00 to 4.50 | Not used [2] | Not used [2] | 4,800 | 450 | do | 55 |
| Above 4.50 to 5.00 | do. [2] | do. [2] | Not used [2] | 450 | do | 55 |
| Above 5.00 to 12.50 | do. [2] | do. [2] | do. [2] | 450 | 250 | 55 |
| Above 12.50 | do. [2] | do. [2] | do. [2] | Not used [2] | Not used [2] | 55 |

[1] The loading limit on container Model Nos. 2S, 1S, and Hoke tube is the rated capacity of each as stated in Table 4 without any $U^{235}$ assay limitations. Containers loaded to these limits may require special precautions in storage and shipment to avoid the possibility of nuclear interaction with adjacent containers or with neutron moderators and reflectors.
[2] Indicated maximum assays for these containers are those currently approved by the AEC and Department of Transportation in accordance with the terms of a specific license or DOT permit. Higher assays may be loaded if the container and shipping procedures are specifically approved for such higher assays by the AEC and the DOT.

TABLE 6—$UF_6$ WITHDRAWAL AND PACKAGING CHARGES

| Container model No. | Assay range (wt. percent $U^{235}$) | Maximum lot size per composite pounds $UF_6$ | Maximum number containers per composite sample [1] | Charges (dollars) [2] | | | |
|---|---|---|---|---|---|---|---|
| | | | | Routine variation from requested assay | | Special variation from requested assay | |
| | | | | First container | Each additional container | First container | Each additional container |
| 48F | 2.0 and less | 28,000 | 1 | 430 | NA | 560 | NA |
| 48A | 3.0 and less | 21,000 | 1 | 395 | NA | 525 | NA |
| 30A | 4.5 and less | 24,000 | 5 | 305 | 215 | NA | NA |
| 30A | 4.5 and less | 4,800 | 1 | 305 | NA | 400 | NA |
| 12A | 3.0 and less | 20,250 | 45 | 185 | 70 | 315 | 70 |
| 12A | 5.0 and less | 4,500 | 10 | 150 | 70 | 200 | 70 |
| 12A | 5.0 and less | 2,700 | 6 | 185 | 100 | NA | NA |
| 12A | 5.0 and less | 450 | 1 | 185 | NA | 245 | NA |
| 8A | Above 5.0 to 12.5 | 1,500 | 6 | 155 | 80 | NA | NA |
| 8A | Above 5.0 to 12.5 | 250 | 1 | 155 | NA | 215 | NA |
| 5A | 60.0 and less | 330 | 6 | 155 | 85 | NA | NA |
| 5A | 60.0 and less | 55 | 1 | 155 | NA | 215 | NA |
| 5A | Above 60.0 | 330 | 6 | 165 | 85 | NA | NA |
| 5A | Above 60.0 | 55 | 1 | 165 | NA | 225 | NA |
| 2S | 60.0 and less | 4.8 | 1 | 85 | NA | 145 | NA |
| 2S | Above 60.0 | 4.8 | 1 | 95 | NA | 155 | NA |
| 1S | 60.0 and less | 1.0 | 1 | 85 | NA | 145 | NA |
| 1S | Above 60.0 | 1.0 | 1 | 95 | NA | 155 | NA |
| HT | 60.0 and less | 15 grams | 1 | 85 | NA | 145 | NA |
| HT | Above 60.0 | 15 grams | 1 | 95 | NA | 155 | NA |

[1] Samples from a number of containers up to the maximum listed are combined in a composite sample for analysis. Unless specifically requested otherwise, the AEC will composite to the maximum extent possible.
[2] Charges shown for routine variation from requested assay are based on compositing of containers for analytical measurement where applicable. This is indicated by a cost in the column "Each Additional Container." Charges shown for special variation from requested assay are based on single container measurement except withdrawals into 30A and 48A containers within assay limitations may be transferred into 12A containers for shipment. For this reason, costs for each additional container are shown for 10 and 45 container composites of 12A containers. If certification of minor isotopes ($U^{234}$ and $U^{236}$) is required, an additional charge will be imposed for each composite group or individual container depending upon which is applicable. Charges for depleted $UF_6$, of unspecified assay, furnished in 30A and larger containers, are: 48F containers, $275 each; 48A containers, $235 each; and 30A containers, $200 for the first container and $125 for each additional container in five container composite lots or smaller. These charges apply only to routine measurement precision. If special analytical precision is requested, the charges will be the same as for enriched material.
NA—Not Applicable.

[F.R. Doc. 67-13889; Filed, Nov. 28, 1967; 8:45 a.m.]



HeinOnline --- 32 Federal Register No. 230 page 16291 (1967)