EXHIBIT 4

Case 1:96-cv-00407-LB Document 17-5 Filed 01/15/2004 Page 2 of 2

for separative work over the period involved, which charge will be kept as stable as possible as operating plans are periodically updated. Under such operating plans, AEC will at times be preproducing enriched uranium. Interest on the separative work costs of any such preproduced inventories will be factored into the average separative work charges.

*Effective date.* This notice is effective upon publication in the FEDERAL REGISTER. (3–9–71)

Dated at Washington, D.C., this 3d day of March 1971.

UNITED STATES ATOMIC ENERGY COMMISSION,
W. B. MCCOOL,
*Secretary of the Commission.*

[FR Doc.71-3215 Filed 3-8-71;8:45 am]

## URANIUM HEXAFLUORIDE

### Charges, Enriching Services, Specifications, and Packaging; Revisions

The U.S. Atomic Energy Commission (AEC) hereby announces revisions to the notice entitled, "Uranium Hexafluoride: Base Charges, Use Charges, Special Charges, Table of Enriching Services, Specifications, and Packaging", as published in the FEDERAL REGISTER on November 29, 1967 (32 F.R. 16289), and as amended in 35 F.R. 13547, August 25, 1970 (referred to herein as the notice).

1. The first sentence of the notice is revised to read as follows: "The U.S. Atomic Energy Commission (AEC) hereby announces the establishment of its standard table of enriching services, its charge per kilogram unit of separative work, its standard processing loss pursuant to the established Uranium Enrichment Services Criteria set forth in the FEDERAL REGISTER, 31 F.R. 16479, December 23, 1966, as amended in 35 F.R. 13546, August 25, 1970, and 36 F.R. 7562, March 9, 1971, and revisions in (1) its schedule of base charges for normal uranium and uranium enriched or depleted in the isotope $U^{235}$, (2) its use charge for uranium and other materials leased by the AEC, (3) its charges for withdrawal and packaging of $UF_6$, (4) its limits on loading of containers, and (5) its assay variation limits."

2. The penultimate sentence of paragraph 3 of the notice is revised to read as follows: "The charge per kilogram unit of separative work is $32.00."

3. Table 1 of the notice is revised to read as follows:

TABLE 1—SCHEDULE OF BASE CHARGES AND STANDARD TABLE OF ENRICHING SERVICES

| Assay (wt. % $U^{235}$) | Schedule of base charges ($/kg U as $UF_6$) | Standard table of enriching services: Feed component (normal) (kgs U feed/kg U product) | Standard table of enriching services: Separative work component (kg SWU/kg U product) |
|---|---|---|---|
| 0.20 | 3.00 | 0 | 0 |
| 0.25 | 3.00 | 0.098 | −0.100 |
| 0.30 | 3.00 | 0.196 | −0.158 |
| 0.35 | 3.00 | 0.294 | −0.189 |
| 0.38 | 3.00 | 0.352 | −0.197 |
| 0.40 | 3.00 | 0.391 | −0.193 |
| 0.42 | 3.81 | 0.431 | −0.187 |
| 0.44 | 4.82 | 0.470 | −0.184 |
| 0.46 | 5.83 | 0.509 | −0.183 |
| 0.48 | 7.03 | 0.548 | −0.182 |
| 0.50 | 8.24 | 0.587 | −0.173 |
| 0.52 | 9.47 | 0.626 | −0.163 |
| 0.54 | 10.73 | 0.665 | −0.151 |
| 0.56 | 12.10 | 0.705 | −0.137 |
| 0.58 | 13.52 | 0.744 | −0.123 |
| 0.60 | 14.95 | 0.783 | −0.107 |
| 0.65 | 18.68 | 0.881 | −0.062 |
| 0.70 | 22.56 | 0.978 | −0.012 |
| 0.711 | 23.46 | 1.000 | 0.000 |
| 0.75 | 26.65 | 1.076 | 0.044 |
| 0.80 | 30.87 | 1.174 | 0.104 |
| 0.85 | 35.22 | 1.272 | 0.163 |
| 0.90 | 39.63 | 1.370 | 0.225 |
| 0.95 | 44.20 | 1.468 | 0.307 |
| 1.00 | 48.90 | 1.566 | 0.380 |
| 1.10 | 58.43 | 1.761 | 0.535 |
| 1.20 | 68.25 | 1.957 | 0.698 |
| 1.30 | 78.29 | 2.153 | 0.863 |
| 1.40 | 88.52 | 2.348 | 1.045 |
| 1.50 | 98.95 | 2.544 | 1.227 |
| 1.60 | 109.50 | 2.740 | 1.413 |
| 1.70 | 120.15 | 2.935 | 1.603 |
| 1.80 | 130.96 | 3.131 | 1.797 |
| 1.90 | 141.80 | 3.327 | 1.994 |
| 2.00 | 152.86 | 3.523 | 2.194 |
| 2.20 | 175.09 | 3.914 | 2.602 |
| 2.40 | 197.57 | 4.305 | 3.018 |
| 2.60 | 220.30 | 4.697 | 3.441 |
| 2.80 | 243.24 | 5.088 | 3.871 |
| 3.00 | 266.33 | 5.479 | 4.303 |
| 3.20 | 289.61 | 5.871 | 4.746 |
| 3.40 | 313.02 | 6.262 | 5.191 |
| 3.60 | 336.52 | 6.654 | 5.638 |
| 3.80 | 360.16 | 7.045 | 6.090 |
| 4.00 | 383.86 | 7.436 | 6.544 |
| 4.50 | 443.50 | 8.415 | 7.690 |
| 5.00 | 503.59 | 9.393 | 8.851 |
| 5.50 | 564.03 | 10.372 | 10.022 |
| 6.00 | 624.77 | 11.350 | 11.203 |
| 7.00 | 746.97 | 13.307 | 13.587 |
| 8.00 | 869.93 | 15.264 | 15.995 |
| 9.00 | 993.61 | 17.221 | 18.422 |
| 10.00 | 1,117.54 | 19.178 | 20.863 |
| 12.00 | 1,366.76 | 23.092 | 25.782 |
| 14.00 | 1,617.14 | 27.006 | 30.737 |
| 16.00 | 1,868.37 | 30.920 | 35.719 |
| 18.00 | 2,120.37 | 34.834 | 40.724 |
| 20.00 | 2,372.93 | 38.748 | 45.747 |
| 25.00 | 3,006.37 | 48.532 | 58.320 |
| 30.00 | 3,642.16 | 58.317 | 71.064 |
| 35.00 | 4,279.78 | 68.102 | 83.816 |
| 40.00 | 4,918.02 | 77.886 | 96.616 |
| 50.00 | 6,201.33 | 97.453 | 122.344 |
| 60.00 | 7,488.93 | 117.025 | 148.235 |
| 70.00 | 8,782.16 | 136.595 | 174.302 |
| 80.00 | 10,082.97 | 156.164 | 200.665 |
| 85.00 | 10,737.71 | 165.949 | 213.872 |
| 90.00 | 11,397.03 | 175.734 | 227.341 |
| 92.00 | 11,664.01 | 179.648 | 232.730 |
| 93.00 | 11,798.05 | 181.605 | 235.450 |
| 94.00 | 11,932.80 | 183.562 | 238.323 |
| 96.00 | 12,233.13 | 187.476 | 244.842 |
| 98.00 | 13,129.41 | 191.389 | 252.982 |

All values are computed on the basis of taking normal uranium having an assay of 0.711 wt. percent $U^{235}$, as having a zero separative work component, and on the basis of a tails (waste) assay of 0.20 wt. percent $U^{235}$.

The base charges, kilograms of feed, and separative work components for assays not shown will be determined by linear interpolation between the nearest assays listed in the above schedules. A comprehensive listing of interpolated values for both the base charges and standard table is contained in report TID-21015 (Revised), 'Interpolated Values For The Schedule of Base Charges and The Standard Table of Enriching Services' available for a charge from Clearinghouse for Federal, Scientific and Technical Information, National Bureau of Standards, U.S. Department of Commerce, Springfield, Va. 22151.

Uranium having an assay (wt. percent $U^{235}$) below 0.711 will normally be accepted by the AEC as feed material for the performance of enriching services only if such uranium was previously distributed by the AEC or has been derived solely from uranium previously distributed by the AEC.

The base charge for depleted uranium requested without a specification as to assay is $2.50 per kilogram U. The assay furnished by the AEC in this case will normally be in the neighborhood of 0.20 wt. percent $U^{235}$ of which large amounts are available.

The inclusion in the Schedule of Base Charges of specific assays above 93.00 wt. percent $U^{235}$ is for the purpose of interpolation and for establishment of base charges for limited amounts of specified assays above 93 percent. Inquiries concerning the availability of material for lease or sale of specified assays above 93 percent should be addressed to the AEC Materials Leasing Officer, USAEC, Oak Ridge Operations Office, Post Office Box E, Oak Ridge, TN 37830.

*Effective date.* This notice shall become effective 180 days after publication in the FEDERAL REGISTER (3–9–71).

Dated at Washington, D.C., this 3d day of March 1971.

UNITED STATES ATOMIC ENERGY COMMISSION,
W. B. MCCOOL,
*Secretary of the Commission.*

[FR Doc.71-3216 Filed 3-8-71;8:45 am]

# CIVIL AERONAUTICS BOARD

[Docket No. 17665]

## REOPENED WASHINGTON/BALTIMORE HELICOPTER SERVICE INVESTIGATION

### Notice of Prehearing Conference

Notice is hereby given that a prehearing conference in the above-entitled investigation is assigned to be held on March 24, 1971, at 10 a.m., e.s.t., in Room 911, Universal Building, 1825 Connecticut Avenue NW., Washington, DC, before Examiner William F. Cusick.

Requests for information and evidence, proposed statements of issues and procedural dates shall be filed with the Examiner and served on Bureau Counsel and parties to the proceeding on or before March 18, 1971.

Dated at Washington, D.C., March 3, 1971.

[SEAL] THOMAS L. WRENN,
*Chief Examiner.*

[FR Doc.71-3271 Filed 3-8-71;8:49 am]

# FEDERAL MARITIME COMMISSION

## ARABIAN/PERSIAN GULF-U.S. ATLANTIC & GULF RATE AGREEMENT

### Notice of Agreement Filed

Notice is hereby given that the following agreement has been filed with the Commission for approval pursuant to section 15 of the Shipping Act, 1916, as amended (39 Stat. 733, 75 Stat. 763, 46 U.S.C. 814).



HeinOnline --- 36 Federal Register No. 46 page 4563 (1971)