# In the United States Court of Federal Claims

**Nos. 96-371 C & 96-407 C**

**PSI ENERGY, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's published opinion, filed March 1, 2004, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the United States and the complaints are dismissed. No costs.

Brian Bishop
Clerk of Court

**March 2, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.